AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
District of Maryland

| United States of America | ) | |
|---|---|---|
| v. | ) | Case No. 16-2363 JMC |
| | ) | |
| MARTIN ROBERT HALL | ) | |
| *Defendant(s)* | ) | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of July 25, 2016 - September 7, 2016 in the county of Baltimore in the
_____ District of Maryland , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. §§ 2252(a) and 2252A(a)(5)B) | Transportation and Possession of Child Pornography |

This criminal complaint is based on these facts:

See Affidavit of Special Agent Christine D. Carlson which is attached hereto and incorporated herein by reference.

☒ Continued on the attached sheet.

_____
Complainant's signature

Christine D. Carlson, Special Agent, ICE-HSI
_____
Printed name and title

Sworn to before me and signed in my presence.

Date: 9/8/16

_____
Judge's signature

City and state: Baltimore, Maryland

J. Mark Coulson, United States Magistrate Judge
Printed name and title