IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | |
| | * | |
| v. | * | Crim. No. JFM-16-0469 |
| | * | |
| MARTIN ROBERT HALL | * | |

\*   \*   \*   \*   \*   \*   \*   \*   \*

## MOTION TO WITHDRAW AS COUNSEL

The Federal Public Defender for the District of Maryland, James Wyda, and Assistant Federal Public Defender, Elizabeth G. Oyer hereby moves this Honorable Court for an Order allowing Elizabeth G. Oyer and the Office of the Federal Public Defender to withdraw as counsel for Martin Robert Hall and allege the following:

1. The Office of the Federal Public Defender was appointed to represent Martin Robert Hall.

2. Martin Robert Hall has retained Joshua R. Treem to represent him in this case and Mr. Treem has entered his appearances on behalf of Martin Robert Hall.

**WHEREFORE**, it is requested that this Honorable Court allow Elizabeth G. Oyer and the Office of the Federal Public Defender for the District of Maryland to withdraw as counsel for Martin Robert Hall.

Respectfully submitted,

JAMES WYDA
Federal Public Defender
  for the District of Maryland

_____/s/_____
ELIZABETH G. OYER #95458
Assistant Federal Public Defender
100 South Charles Street
Tower II, 9TH Floor
Baltimore, Maryland  21201
Telephone:  (410) 962-3962
Facsimile:   (410) 962-0872
Email: Liz_Oyer@fd.org