IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

**UNITED STATES OF AMERICA**          \*

v.                                                         \*          Crim. No.JFM-16-0469

**MARTIN ROBERT HALL**                \*

\*  \*  \*  \*  \*  \*  \*  \*

## ORDER

The Federal Public Defender, having moved to withdraw as counsel for the defendant, Martin Robert Hall, and good cause having been shown, it is this _____ day of _____, 2016, hereby

**ORDERED**, that the Elizabeth G. Oyer and the Office of the Federal Public Defender is allowed to withdraw as counsel for Martin Robert Hall.

_____
Honorable J. Frederick Motz
United States District Judge