**U.S. Department of Justice**

*United States Attorney*
*District of Maryland*

*Paul E. Budlow*  *Suite 400*  DIRECT: 410-209-4917
*Assistant United States Attorney*  *36 S. Charles Street*  MAIN: 410-209-4800
*Paul.budlow@usdoj.gov*  *Baltimore, MD 21201-3119*  FAX: 410-962-3091

December 15, 2016

The Honorable J. Frederick Motz
United States District Judge
101 West Lombard Street
Baltimore, MD 21201

    Re:    United States v. Martin Robert Hall
           Criminal #: JFM-16-0469

Dear Judge Motz:

    I write to provide the Court with a status report on the above captioned case, and to request an additional 45 days for the parties to file another status report. Counsel for both parties continue to work in good faith to negotiate a pretrial resolution, although at this time, the parties anticipate the filing and litigating of suppression motions.

    The forensic examination of the defendant's digital items has recently been completed and the government anticipates providing the defense with a copy of the forensic report within the week. Additionally, counsel for the defendant is from St. Louis, and will be traveling to Baltimore after the new year to meet with the defendant in person and to review the digital evidence in this case, much of which contains contraband and cannot be provided to the defense.

    The parties therefore request that a status report be filed on January 30, 2017 (45 days from today's date), at which time the parties will likely ask the court to issue a scheduling order that includes deadlines for the filing of motions and a motions hearing date. If the Court approves this request, the parties will file a joint motion to exclude time under the Speedy Trial Act.

                                   Respectfully Submitted,

                                   Rod J. Rosenstein
                                   United States Attorney

                                   _____

                                   Paul E. Budlow
                                   Assistant United States Attorney