UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

CHAMBERS OF
J. FREDERICK MOTZ
UNITED STATES DISTRICT JUDGE

101 WEST LOMBARD STREET
BALTIMORE, MARYLAND 21201
(410) 962-0782
(410) 962-2698 FAX

March 15, 2017

MEMO TO COUNSEL RE:  US v. Martin Hall
Criminal No. JFM-16-0469

Dear Counsel:

This will confirm the schedule set during the conference call held on March 13, 2017.

May 9, 2017         Motions deadline

July 14, 2017       Motions hearing
9:30 am

Despite the informal nature of this ruling, it shall constitute an Order of Court, and the Clerk is directed to docket it accordingly.

Very truly yours,

/s/

J. Frederick Motz
United States District Judge