# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | CASE NO: JFM-16-0469 |
| MARTIN ROBERT HALL, | |
| Defendant. | |

## ORDER

The Court has reviewed the parties' Joint Motion to Exclude Time Under the Speedy Trial Act, 18 U.S.C. § 3161. For the reasons set forth in the written pleadings, the Court hereby GRANTS the Government's Consent Motion and makes the following findings this ___ day of ~~March~~ 2017:

1. Under the Speedy Trial Act, the seventy (70) days in which this case must proceed to trial under 18 U.S.C. § 3161(c)(1) begins to run from the later of the return of the Indictment or the last defendant's initial appearance before a judicial officer of this court on the charges set forth in the Indictment which, in this case, is October 14, 2016.

2. The Court concludes that, pursuant to 18 U.S.C. § §3161(h)(1)(D), the time from October 14, 2016, through July 21, 2017, the date of the motions hearing, or other prompt disposition of this matter, is excludable under the Speedy Trial Act.

3. The Court further finds that the interest of the defendants and the interests of the public in a trial within the 70 non-excludable days usually set by the Speedy Trial Act are outweighed by the ends of justice served by adequate time to provide discovery in this complex case, to review the discovery, and to work toward any pretrial resolution in this case.

THEREFORE, IT IS HEREBY ORDERED that the requested motion is GRANTED; and it is further ORDERED that for the reasons set forth in the government's motion, all time

1

between October 14, 2016, through July 21, 2017, shall be excluded from calculations of the amount of time that has expired under the Speedy Trial Act, 18 U.S.C. § 3161 in this case.

The Clerk shall provide a copy of the foregoing Order to counsel of record for all parties.

_____
J. Frederick Motz
United States District Judge

FILED
U.S. DISTRICT COURT
DISTRICT OF MARYLAND
2017 APR 12  AM 12:12
CLERK'S OFFICE
AT BALTIMORE
BY_____DEPUTY