# EXHIBIT 2

AO89 (Rev. 7/95, MD 12/10) Subpoena to Testify at a Hearing or Trial in a Criminal Case

# UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| United States of America ) | |
| v.                       ) | Case No. 1:16-cr-469 FJM |
| MARTIN HALL              ) | |
| *Defendant*              ) | |

### SUBPOENA TO TESTIFY AT A HEARING OR TRIAL IN A CRIMINAL CASE

To:     Colleen Cavanaugh

**YOU ARE COMMANDED** to appear in the United States district court at the time, date, and place shown below to testify in this criminal case. When you arrive, you must remain at the court until the judge or a court officer allows you to leave.

| Place of Appearance: United States Courthouse 101 West Lombard St. Baltimore, MD 21201 | Courtroom No.: 5AD |
|---|---|
| | Date and Time: August 30, 2017 at 9:30 a.m. |

You must also bring with you the following documents, electronically stored information, or objects *(blank if not applicable)*:

Date: _____

CLERK OF COURT

_____
Signature of Clerk/Deputy Clerk

The name, address, e-mail, and telephone number of the attorney representing *(name of party)* Martin Hall , who requests this subpoena, is:

Adam D. Fein, 120 S. Central Avenue, #130, Clayton, Missouri 63105. The email address is afein@rsflawfirm.com. The telephone number is (314) 862-4332 or (314) 898-7174.