IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT COURT OF MARYLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | * | |
| *Plaintiff* | * | |
| v. | * | Case No. 1:16-cr-469 FJM |
| MARTIN HALL, | * | |
| *Defendant* | * | |

\* \* \* \* \* \* \* \* \* \* \* \*

## ORDER

Upon consideration of the motion of the Honorable Colleen Cavanaugh, Associate Judge of the Circuit Court of Maryland for Baltimore County, together with any Opposition thereto, it is this _____ day of _____, 2017, hereby,

**ORDERED**

(1) that any subpoena compelling the Honorable Colleen Cavanaugh to appear and testify is **QUASHED**; and

(2) that a protective order is **GRANTED** prohibiting the compelled appearance and testimony of Judge Cavanaugh in this matter.

_____
J. Frederick Motz
District Judge