# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND

### Government's Exhibit List – Motions Hearing

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | |
| MARTIN HALL | Criminal No.   JFM-16-468 |

| Exhibit No. | Description | Witness | ADMIT | ID |
|---|---|---|---|---|
| M-1 | Levine Presentation | Levine | AUG 3 0 2017 | |
| M-2 | Levine Peer Reviewed Article | Levine | AUG 3 0 2017 | |
| M-3 | Freenet Activity | Levine | | |
| M-4 | Verizon Record | | | |
| M-5 | Search Warrant and Affidavit | | | |
| M-6 | Levine C.V. | Levine | AUG 3 0 2017 | |
| M-7 | Partial Transcript of Interview | Levine/Rees | AUG 3 0 2017 | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

| Exhibit No. | Description | Witness | ADMIT | ID |
|---|---|---|---|---|
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |