IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

USA *

vs. *   Case No.: JFM-16-0469

MARTIN HALL *
Defendant
*

******

### Stipulation Regarding Return of Exhibits

The parties hereby **STIPULATE** that the below listed physical exhibits be returned to the custody of and retained by counsel who offered them, pending appeal.

| PLAINTIFF'S/GOVERNMENT'S EXHIBITS | DEFENDANT'S EXHIBITS |
|---|---|
| ALL | |

All Plaintiff's/Government's exhibits returned: August 30, 2017

All Defendant's exhibits returned: August 30, 2017

Received the above listed exhibits this date:

Counsel for Plaintiff(s)/Government:

Counsel for Defendant(s):

Date: August 30, 2017