IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
NORTHERN DIVISION


UNITED STATES OF AMERICA

      v.                          CRIMINAL CASE NO.
                                   JFM-16-469

MARTIN ROBERT HALL,

    Defendant
_____/


(Arraignment/Detention Hearing)
Thursday, May 11, 2107
Baltimore, Maryland


Before:  Honorable J. Frederick Motz, Judge



Appearances:

    On Behalf of the Government:
     Paul E. Budlow, Esquire
     Kaylynn Shoop, Esquire

    On Behalf of the Defendant:
     Adam D. Fein, Esquire
     Marc Johnson, Esquire




Reported by:
Mary M. Zajac, RPR, FCRR
Fourth Floor, U.S. Courthouse
101 West Lombard Street
Baltimore, Maryland 21201

1              (Proceedings at 2:33 p.m.)

2              MR. BUDLOW:  Your Honor, this is the United States of

3    America versus Martin Robert Hall.  It is Criminal Number

4    JFM-16-0469.  This matter is scheduled before Your Honor this

5    afternoon for a detention hearing or review of detention, also

6    for an initial appearance and arraignment on a superseding

7    indictment that was handed down on Wednesday.

8              I am Paul Budlow on behalf of the government.  Joining

9    me at counsel table is Kaylynn Shoop from the US Department of

10   Justice, she's a trial attorney, and HSI Special Agent Christine

11   Carlson.

12             THE COURT:  You all may be seated.

13             MR. JOHNSON:  Your Honor, Marc Johnson on behalf, and

14   Adam Fein, on behalf of Mr. Hall, who's also present.

15             THE COURT:  Okay.  I guess we ought to proceed to the

16   arraignment on the superseding indictment.

17             THE CLERK:  Please raise your right hand, Mr. Hall.

18               MARTIN ROBERT HALL, DEFENDANT, SWORN

19             THE DEFENDANT:  Yes, ma'am.

20             THE CLERK:  Thank you.  You can put your hand down.

21   Please state your full name for the record.

22             THE DEFENDANT:  Martin Robert Hall.

23             THE CLERK:  What is your age?

24             THE DEFENDANT:  55.

25             THE CLERK:  The year you were born?

1          THE DEFENDANT:  1962.

2          THE CLERK:  Have you read or has the superseding

3    indictment been read to you?

4          THE DEFENDANT:  Yes, ma'am.

5          THE CLERK:  Do you understand the charges placed

6    against you?

7          THE DEFENDANT:  Yes, ma'am.

8          THE CLERK:  How do you wish to plead -- I'm sorry.  Mr.

9    Hall -- I'm sorry.  Mr. Fein and --

10          THE COURT:  Mr. Johnson.

11          THE CLERK:  -- Mr. Johnson -- I apologize -- you

12    represent the defendant.  Are you satisfied that he understands

13    the charges?

14          MR. JOHNSON:  Yes.

15          THE CLERK:  Mr. Fein?

16          MR. FEIN:  Yes.

17          THE CLERK:  Thank you.  Mr. Hall, how do you wish to

18    plead as to the superseding indictment against you?

19          THE DEFENDANT:  Not guilty.

20          THE CLERK:  The plea is not guilty as to the

21    superseding indictment, is that correct?

22          THE DEFENDANT:  Correct.

23          THE CLERK:  Thank you.

24          THE COURT:  You all may be seated.  Mr. Budlow.

25          MR. BUDLOW:  Your Honor, just in terms of the

1    superseding indictment.  I understand that was the arraignment.

2    The defendant hasn't had an initial appearance.  Would it be all

3    right if I placed on the record the maximum penalties he's facing

4    for the charges?

5              THE COURT:  Yes.  Yes.  I'm sorry.

6              MR. BUDLOW:  Your Honor, Counts One and Two have

7    already been returned and the defendant was arraigned and had an

8    initial appearance on both of those back in October of 2016.

9    Counts Three, Four and Five are the new charges from the

10   superseding indictment.

11             In Count Three the defendant is charged with production

12   of child pornography with intent to transport into the United

13   States, under 18 United States Code 2251(c) and (2)(A).  There's

14   a mandatory minimum sentence of 15 years and a maximum sentence

15   of 30 years, a maximum of lifetime supervised release, a $250,000

16   fine, and a $100 special assessment.

17             As to Count Four, the defendant's charged with

18   production of child pornography that was transported into the

19   United States, under 18 United States Code 2252 -- 2251(c) and

20   (2)(B).  Again, there's a 15-year mandatory minimum sentence,

21   30-year maximum, lifetime supervised release, a $250,000 fine,

22   and a $100 special assessment.

23             As to Count Five, the defendant is charged with sex

24   tourism under 18 United States Code 2423(c).  There's a 30-year

25   maximum sentence, maximum supervision lifetime supervision,

1    $250,000 fine, and a $100 special assessment.

2              THE COURT:  Thank you.

3              MR. BUDLOW:  Thank you, Your Honor.

4              THE COURT:  Okay.  Mr. Budlow, what's your position?

5              MR. BUDLOW:  Thank you, Your Honor.  As I stated

6    earlier, the defendant had his initial appearance on the

7    indictment on October the 14th, 2016.  He also had a detention

8    hearing that day before Judge Coulson.  At that time, when the

9    defendant was charged with transportation and possession of child

10   pornography, the government's position was the defendant should

11   be detained because he's a danger to the community and because

12   he's also a flight risk and a flight, and a risk to obstruct

13   justice.

14              Since that time -- the defendant has now been detained

15   since October.  There's been a new indictment.  The government's

16   position has not changed.

17              In a nutshell, Your Honor -- and I plan to provide a

18   lengthy proffer.  However, I'll start off with an overview.  The

19   defendant, Mr. Hall, has been traveling to the Philippines,

20   Thailand, and other countries for the past 15 years at least.  In

21   2016 he traveled to Asia from Maryland.

22              THE COURT:  He doesn't have a passport.

23              MR. BUDLOW:  I'm sorry?

24              THE COURT:  He doesn't --

25              MR. BUDLOW:  He does not have a passport.  However, his

1    conduct while overseas is particularly relevant, not only to the

2    flight risk, but to the danger.

3          He was in April -- he was overseas from April to August

4    of 2016, and while there he produced child pornography of a minor

5    who's age 12 or younger.  He was using his Canon digital camera.

6    He also maintained in his home a significant collection of child

7    pornography, at his residence in Baltimore County, including well

8    over a thousand images of child pornography, that is images of

9    children, prepubescent minors engaged in sex acts with adults.

10         The defendant is a highly sophisticated computer user.

11   He travels the world teaching computer code.  He also led a

12   double life from his family for years.  He had girlfriends

13   throughout the world and throughout the United States, by his own

14   admission.

15         Your Honor, at that detention hearing, Judge Coulson

16   found as a matter of fact, both in writing and verbally, that the

17   defendant was both a danger to the community and a flight risk,

18   and as a result he detained him.

19         Since that time, as I've mentioned, Your Honor, based

20   on similar evidence that was introduced at that hearing, the

21   defendant has now been indicted with producing child pornography

22   while overseas and bringing that child pornography back to the

23   United States with him.  So while the case initially was a

24   presumption of detention case based on transportation of child

25   pornography, it is now a case where the procedural posture is

1    that there is a presumption of detention based not only on the

2    transportation of child pornography charge, but also the

3    production of child pornography.

4            As the Court is aware, for Counts One, Three and Five,

5    there is this presumption.  As for Count One, there's a mandatory

6    minimum of five years.  For Counts Three and Four, there's a

7    mandatory minimum of 15 years.

8            Your Honor, this investigation began when a Baltimore

9    County detective, Detective Josh Rees, was investigating a

10   peer-to-peer program and people who were trafficking in child

11   pornography.  He was using a highly -- the detective was

12   particularly investigating a highly sophisticated computer

13   program which is entirely encrypted in terms of the content that

14   people keep on their computers.  The detective observed the

15   defendant, his IP address, requesting known images of child

16   pornography.

17           A state search warrant was obtained in August or

18   September of 2016.  And on September the 7th of 2016, that search

19   warrant was executed at the defendant's residence, where he lived

20   with just him and his wife.  The detectives seized from the

21   basement office, which was the defendant's basement office, a

22   laptop computer, with an external hard drive that was physically

23   connected to it.  That external hard drive is the subject of much

24   of the current charges, Your Honor.

25           The external hard drive is encrypted.  However, at the

1    time the detectives entered the home, it was up and running.  In

2    other words, it was connected to the laptop.  The laptop was on.

3    It was in an unencrypted state.

4         The detectives used an on-scene forensic tool which was

5    able to access the external hard drive and observed numerous,

6    thousands of images related to child pornography and child

7    exploitation materials.  At that time, the detectives began to

8    copy the images that they observed on the external hard drive to

9    their own devices.  And they copied roughly 4600 images, almost

10   100% of them relating to child exploitation, meaning that they

11   are either images of children that are clothed, in sexual

12   positions, or they are images of children nude and engaged in

13   sexual acts.  And many of them are progression images, where the

14   child starts clothed, takes portions of clothes off, and later

15   these become lascivious display images and sex acts.

16        That hard drive is still encrypted.  The detectives

17   were trying to both download all of the images from the external

18   hard drive and transport it at the same time.  As a result, it

19   unmounted from the laptop, became encrypted again and

20   inaccessible.

21        So at that point the detectives only had two things,

22   two general types of things from that external hard drive.  What

23   they had was the 4600 or so files that I've just described, as

24   well as what's called a file list.  So although it didn't get all

25   of the files, the computer was able to see 75,000, 80,000 files

1    on the computer and it copied over a path.  So the file name, the

2    folder location, and some metadata related to those various

3    files.  These files I'm referring to are all images of

4    individuals.

5            Again, of the 4600, as I've described, all of them

6    related to the sexual exploitation of children.  At least, by a

7    very conservative estimate, at least 1,000 of those images meet

8    the federal definition of child pornography.

9            The images, in addition to having the lascivious

10   display of the genitals and sex acts, many of them involve sex

11   acts between white males and Asian prepubescent females.  Many of

12   those images were known images or images that have been part of

13   an identified series, and many of the file names in the images

14   that we copied include ages, such as 9 YO, 8 YO, as well as

15   graphic file names or the names of identified victims.

16           The defendant and his wife both stated that the

17   defendant was the only person to use that device.

18           Your Honor, if I could, I'm going to use the ELMO here

19   for part of my presentation.

20           In a very broad sense, Your Honor, I think I've just

21   described the evidence that supports the charge of possession of

22   child pornography.  However, as you know, the defendant's charged

23   with production.  I would like to go through some of the evidence

24   so the Court is aware of what the defendant's charge of

25   production of pornography is based on.

1          This is Count One, but most importantly Counts Three

2     and Four.  There's a series of files that were located on the

3     external hard drive that were copied over, so part of the files

4     that the investigators got.  These seven images depict an

5     individual that's identified in the indictment as Jane Doe.

6     She's a minor female.  She's in the images partially naked, and

7     then later she's naked.  And then three of the images are

8     close-up images of Jane Doe's vagina.

9          There's a camera that's seized in the basement from the

10    defendant's home.  The metadata of the images was compared to the

11    metadata that this camera produces, and it was determined that

12    the same serial number for the device that was seized is the same

13    serial number of the produced device, as indicated by those

14    images.  Thus, the defendant's camera was used to take those

15    images.

16         The metadata also included a date, which is listed in

17    the indictment.  I think it's July the 25th of 2016.  The

18    defendant was in the Philippines on July the 25th, 2015 (sic).

19         The defendant was interviewed at the scene.  And the

20    detectives, having found these seven images, asked the defendant

21    a variety of questions about those seven images and information

22    relating to them.  And he stated he was in the Philippines when

23    these images were made.  He was shown a picture of the girl's

24    face.  And he said he knows the girl and, in fact, that is his

25    Filipino girlfriend's sister.  And you'll hear later that he

1    admitted to having numerous girlfriends in the Philippines and

2    elsewhere.  But he does have a particular girlfriend in the

3    Philippines, and this is her little sister.  And he believes she

4    was 12 or 13.  He said he believes her name was Sandra.

5           He denied taking the pictures of her, any of them.  But

6    he did admit to taking pictures and storing pictures generally on

7    that external hard drive.  He stated that no one else uses that

8    external hard drive, and he refused to provide the encryption

9    password to the device.

10          He also said that the camera that the agents seized was

11   his and that no one else uses it.

12          Now, additionally, there are other photographs on

13   various devices of the defendant that leads, that lends support

14   to the production of child pornography charges.  On these other

15   devices are photographs of the defendant, the defendant with his

16   family, the defendant's family, various activities here and also

17   on travel.  The naming convention of the family photos and the

18   folder structure of the family photos is highly consistent with

19   the naming convention that the, that is used in the seven issues,

20   the seven images at issue here.

21          For example, many of the images, both, of the family

22   images, would have a name such as a place or the subject.  For

23   example, we could say "podium" and it would be Podium Space 1,

24   Podium Space 2, through maybe 25 or 30 or 15.  And this is done

25   most commonly through a program that will allow a user to batch

1    name images.  And many of the images of the defendant's personal

2    family and travel trips were batch named like this.

3         Similarly, I'm going to show the Court what's marked as

4    Exhibit One for the purposes of this hearing, this file path and

5    name.  And this relates to the seven images.  The ones in red

6    I'll show you first, and I would just point out -- you can see

7    that the red ones and others are all named in a batch format, 5,

8    6, 8, 9, 10, 11, 12.  And, also, it was determined that these

9    were part of a series with similar names, Atrium 1-001 through

10   Atrium 1-0012.

11        Additionally, the folder structure in the defendant's

12   personal and family photos typically is organized by location,

13   the date, and then subject.  And similarly, you can see that

14   these images were from a location on the defendant's external

15   hard drive that also was done by location, date, and then

16   subject.  And I can tell Your Honor that S-T-A space I-N-E-S

17   references various locations in the Philippines.

18        So it's a very similar naming and folder structure.

19        Your Honor, I'd also point out that these other images

20   that you're seeing on this file listing that is Exhibit One for

21   the purpose of the detention hearing are other images that have

22   been identified in the investigation as relating to the same

23   subject, Jane Doe.  And the way they were related, as I've

24   stated, Your Honor, as to 1 through 12 of the Atrium series, is

25   that, clearly, based on the metadata showing the date that it was

1    modified, as well as naming convention, they seem related.

2         But additionally, the government was able to locate

3    similarly placed files in the name "Sandra", many in the folder

4    called "sexy."  So there's a Sandra mini, a Sandra Atrium sex

5    movie.  Then down below, below the 12, there's three more

6    files -- sorry -- one, two, three here, all of which have the

7    name "Sandra" in them, and they're in the folder called "sexy."

8         Next, Your Honor, you'll see that there's a series of

9    files called "August."  And the file names are August 1 through

10   August 10.  And the way that these have been identified as being

11   the same victim is that the highlighted blue images that were

12   taken on August the 3rd, 2016, before the defendant returned to

13   the United States, while he was still in the Philippines, were

14   captured as part of the copying.  And they all depict the same

15   victim.

16        And then, finally, the last image depicted is Sandra

17   skirt, JPEG, also in the "sexy" folder.

18        So those files indicate that there are additional

19   pictures of the same victim, many in a folder called "sexy."

20        Your Honor, I also would add to the evidence that the

21   defendant is the individual who produced these images that he,

22   there's an abundance of evidence that he is sexually attracted to

23   children, starting with the images that we've described on the

24   external hard drive that only he controls.  But additionally,

25   there are other images of the defendant, while he was in the

1    Philippines, of minor females, none, not any necessarily that I'm

2    discussing now that meet the definition of child exploitation

3    under federal law.  However, there were some of minor females in

4    a hotel room clothed, and then later in a bath tub, apparently

5    nude, but with nothing shown other than their upper torsos.

6    This, taken with the same camera.

7           Additionally, the forensic exam of the defendant's

8    computer revealed that his most recent video watched, upon coming

9    home from the Philippines, prior to the search warrant, was a

10   video with the name -- first of all, it in the folder "sex."

11   The video name was chupoo-8yo-chubby-ass.avi.  And agents would

12   indicate that "8 YO" and "chubby" and "A-S-S" are all terms that

13   are indicative of files that are related to child pornography.

14   That was the last video watched on the defendant's VLC player on

15   his home laptop.

16          Additionally, Your Honor, the defendant, in his

17   statement, admitted to agents that he has numerous girlfriends

18   overseas and that he's been traveling to meet these girlfriends

19   overseas for years and years and years.  It was clear that the

20   girlfriends he was referring to was young, were young.  So the

21   detectives asked him, well, how do you know that the people that

22   you're engaging in these sex acts with are not minors and that

23   they're adults.  And the defendant said that he would definitely

24   be concerned that he was going to be blackmailed for that exact

25   purpose while he was in the Philippines, so he would ask for

1   their identifications and ask them what year they were in

2   college, and that he would, in order to engage in these acts with

3   young females, make sure they were at least in their second year

4   of college.  That was his own statement to law enforcement.

5           Additionally, Your Honor, his computer shows extensive

6   evidence of a sexual interest in children.  He had a Yahoo search

7   or a Yahoo chat that stated: "I want to meet the younger one."

8   He has a Firefox history -- that's a web browsing history,

9   similar to Google -- where there were a number of web activity on

10  a site called MrDouble.bz.  And that is a site that offers, on

11  its page, 30,000-plus taboos, teen incest stories, stories about

12  rape, and child molestation.  And he had numerous files on his

13  browser that indicated that he was accessing zip files, which

14  would contain additional files.

15          Additionally, the defendant's Google search history was

16  empty but for one search, and that search was best eraser

17  settings, which, of course, would explain why there aren't

18  additional internet-related search history prior to the

19  detectives entering his home, because it's clear that he was

20  looking to erase his Internet activity.

21          Additionally, Your Honor, I mentioned in the external

22  hard drive there were these 70 to 80,000 files that were copied

23  in terms of the list and the metadata, where we don't have the

24  file.  However, we have the files names.  And I will tell Your

25  Honor that hundreds, if not thousands, of those files are

1    indicative of child pornography.  And I just want to give the

2    Court a few examples.

3            A number of them are 9 YO sis Jesha (phonetic) in a

4    folder called "sexy."  And then they're batch numbered.  This

5    example is one through seven.  So a lot of these images that have

6    indications in their file name that they involve minors.  Many of

7    them are in areas where the defendant was putting the images of

8    travel and child pornography that he produced.

9            Additionally, there are a number of images that appear

10   to be downloaded from the internet that indicate a sexual

11   interest in children.  Specifically, daddy/daughter related, such

12   as Amanda dates Daddy, Bathroom Fun with Daddy, bathroom -- there

13   were literally hundreds of files like that.

14           Next, Your Honor, on the same issue, there were a

15   number of chats through the Skype application that were seized

16   from the defendant's computer.  These are communications that he

17   had with people apparently in the Philippines, back and forth

18   conversations, primarily occurring in 2015.

19           And I have Government's Exhibit Two.  Your Honor, the

20   font is small.  I could bring this one to the Court, but I'm

21   going to put it on the ELMO as well.

22           THE COURT:  You can put it on.

23           MR. BUDLOW:  It's actually almost too small for me to

24   read.  I just want to point out some of these.  There's a 4/27/15

25   communication.  Let me back up so you can see who the sender is.

1    The sender is on the left.

2           So the person the defendant was talking to here says:

3    What?  So young.  The defendant says:  Well, it's not good to

4    have sex so young if the boy is also young because he might get

5    them pregnant, as you said.  Better to have an older one that

6    knows how to please them in bed and will be careful not to get

7    them pregnant.

8           Later on, 10/21/05, there's a conversation with the

9    defendant and somebody who at least in the file name has a, name

10   and then it's typed in there 16, potentially the age.  Says:  But

11   I'm too young for you.  The defendant responds:  I like young.

12          September of 2015, there's another conversation by the

13   defendant where the response to him -- this is not his comment,

14   but this is what he's told.  I told you I will accept you unless

15   you're still married.  I don't want to break marriage.  I will

16   never leave you unless you told me so.  I'm serious on you.  My

17   love for you is real, not fake, because you tour me to many

18   places.  It's just your personality yourself.

19          Your Honor, you'll see the you tour me, you'll see that

20   there's evidence that the defendant is spending money in Filipino

21   dollars lavishly on families and young women, traveling with them

22   when he's on his trips to the Philippines.

23          There's another conversation that occurred on July the

24   2nd of 2015 where is he told by a young girl:  I hope you

25   understand that Jianne, which is not the speaker, but somebody

1    else, is young.  I hope you understand she is too young.

2            Then in June of 2015, there's additional conversation

3    where the defendant is clearly having sexual conversations with

4    this individual.  She responds:  Hello, Dad, how are you?  I'm

5    going to school now.  Take care.  We love you.  Later on, with

6    the same conversation:  But how dad?  I'm young.  You wait.  The

7    defendant responds:  Next time we fuck every night and every

8    morning, okay?  Later on, she says:  But I'm young, Dad, never

9    been touched by another guy.

10           Again, Your Honor, in green, in August 2016, another

11   indication that the person the defendant is communicating with

12   thinks she's too young.  He talks about having a relationship

13   with somebody for four and a half years.  I'm sorry.  The person

14   responds about him requesting her to get naked on cam.  There's

15   also a lot of discussion in here, Your Honor, about pictures and

16   videos being sent back and forth.  So it's clear that the

17   defendant is sending money, visiting people, and requesting

18   images.

19           Here's the defendant referencing somebody else, maybe

20   this girlfriend.  She was a nice girl.  Talk about how he

21   traveled with her to all these various locations.  Later on,

22   there's obviously some clear sexual discussion.

23           In June of 2015, the defendant asks for a picture of

24   this young woman in her school uniform.  Asks her what time she

25   leaves for school.

1          Your Honor, here's this exhibit.  On Page 6, in June of

2     2015, it's clear that there are images being transmitted to the

3     defendant, immediately following a discussion that appears to be

4     about sex or sleeping together.

5          Also, in 2015, the same individual who just sent him

6     these pictures is having a discussion about sex.  Says:  So hard

7     to find a part-time job because I'm not 18.  Then says:  You know

8     the last time -- she references fellatio.  I was afraid until

9     now.  I still cannot believe that I can do that.  That was great.

10    I'm sorry about the teeth.

11         There's another conversation in 2016.  Again, what

12    appears to be a 32-year-old woman.  But then references:  Baby, I

13    hope you understand -- I'm having a hard time.  Could you erase

14    that for me, Madam Clerk?  I'm not able to make this work today

15    very well.  I hope you understand my daughter.  She is very, very

16    young.

17         Later on, in June of 2015, the defendant says:  I just

18    meant that if you're not ready for sex, it's okay.  It hurts the

19    first time, but after that it feels good.  And then he references

20    missing kissing this individual, which would indicate that they

21    have had contact in the past.

22         At least according to the notes in these logs, this

23    Nicole Arriola, who the defendant is communicating with, is

24    medium, plus plus braces, 16, ninth grade.

25         Your Honor, on the last page I just want to show a

1    couple more at the top.  This is from 2015, where the defendant

2    says:  Well, I sent already $100 US to you in this name before.

3    And later on that woman says to him:  It's because I'm really

4    young.  When are you coming back here?

5             Your Honor, what a lot of this establishes is that

6    obviously this is not fantasy.  The defendant is paying women,

7    many who appear to be young, for images.  He is traveling to the

8    Philippines and having contact with them.  He is causing them to

9    say, but my daughter, who's very young, is too young for you.

10   And he is spending lavishly on them.

11            Additionally, Your Honor, I'd add that in his statement

12   the defendant was asked about taking pictures here in the US.

13   And he said, this is a quote:  "I've never taken any pictures of

14   people in our neighborhood except maybe from a distance, at the

15   pool."

16            There's some additional information on the computers

17   that shows years of the defendant traveling in Asia, with

18   families.  And what I mean by that is there are pictures of the

19   defendant with young women with younger children with them.

20   There's never that I can remember an adult male in the picture.

21   And there are hotels.  There are pools.  There are amusement

22   parks.  Just the defendant on what appear to be numerous family

23   vacations throughout Asia, with multiple families.  And many, if

24   not all, of the more recent pictures are taken with the exact

25   same Canon Rebel camera that was used to produce the seven images

1    at issue in Counts 1, 3 and 5.

2           There's one particular series, Your Honor, where the

3    defendant is with a family that has a very young girl.  She

4    appears to be probably under five.  And there's a picture of her,

5    again using the same camera -- she's previously in a picture with

6    the defendant -- sliding down a slide into a pool.  Her legs are

7    spread apart and she's wearing a bathing suit.  And then later on

8    in the same series there's the exact same conduct, where the

9    young girl is sliding down the pool, in the slide into the pool,

10   with her legs spread, not wearing any clothes, or not wearing any

11   bottom bathing suit, and her genitals are exposed.  Again taken

12   with the same camera.

13          Additionally, Your Honor, the defendant admits in the

14   his statement that for years he's been sending money to the

15   Philippines by way of Western Union to hide that activity from

16   his wife.

17          As I referenced earlier, the defendant is a highly

18   skilled computer software instructor.  He teaches Java code.  He

19   teaches it worldwide.  His computers are encrypted.  And I'll

20   tell Your Honor, as of this moment the government is still,

21   despite numerous efforts, unable to get into that encrypted

22   external hard drive.

23          The computers that were observed, that they could get

24   into, had wiping software on them, indicating an intent to cover

25   up any of his activity.

1          He told one woman in the Philippines, in one of those

2     chats, to delete her chats.  He also -- what started this entire

3     investigation was this peer-to-peer program, which I know Your

4     Honor's heard numerous pleas and trials relating to peer-to-peer

5     programs.  This is a different program probably than has been

6     before this Court.  It's highly sophisticated.  It involves

7     encryption and breaking up of files at very, very high level

8     association, multiple levels.  So the defendant is very

9     sophisticated.

10          He, if I didn't mention already, has traveled to

11    numerous countries, including the Philippines, Thailand,

12    Cambodia, Taiwan, Indonesia.  Now, he's been to other countries

13    so I'm not leaving those out intentionally.  But those countries

14    I just mentioned are all countries not coincidentally known for

15    child sex tourism.

16          He indicates, in his statement to law enforcement, yes,

17    I have numerous girlfriends.  And they say, are they all outside

18    of the US?  And he says no.  So in addition to having girlfriends

19    all over Asia, places we don't know, people who have not been

20    identified, there's also other girlfriends somewhere within the

21    United States.

22          In summary -- and this will probably be, it wasn't a

23    short proffer, it won't be a short summary, but I'll do my

24    best -- the defendant is charged with crimes of violence, there's

25    no other way to say it, and there's a presumption of detention.

1   His conduct reflects that he's a risk to children in Asia, in the

2   United States, in person, and online.

3           He has been literally traveling the world for over 15

4   years with this focus on places known for child sex tourism.  He,

5   as charged in the indictment, sexually exploited a young girl, 12

6   years old, who he met through her older sister, whom he claimed

7   to be having an affair with.  He admits to 10 or more overseas

8   girlfriends.

9           These chats that we talked about show that he

10  communicated electronically with these girlfriends about sex and

11  about sex with their younger siblings.  He exchanges images and

12  videos throughout those chats.

13          He possessed, on his computer, at least thousands of

14  images of child pornography, including many images of

15  prepubescent females engaged in sex acts with adult males.  The

16  discussion appears to involve talk of sex with minors losing

17  their virginity, waiting until they're 18, and the defendant's

18  request to have sex with minors.

19          He clearly has a sexual interest in children.  He

20  represents the significant threat wherever he goes.  That's point

21  one.  There's no combination of conditions that can assure the

22  safety of the public.

23          But he's also a flight risk.  He is facing significant

24  incarceration, much more so than he was even in October.  It's a

25  15-year mandatory minimum.  However, the guidelines for cases

1    like this can be anywhere from 20 to 30, upwards toward life,

2    especially if it's shown that he had exploited more than one

3    child or one child on more than one occasion.

4            The defendant has the wherewithal.  He's got the

5    contacts.  He clearly has the desire to pick up and live a

6    different life, far away from here.  Not too common that we see

7    in a case like that.

8            He also is highly sophisticated.  He's avoided law

9    enforcement.  He's made attempts to avoid law enforcement.  He's

10   made attempts to cover up his crimes.  And he's led this double

11   life for many, many years.

12           At the last hearing, the defense called the defendant's

13   wife.  And one of the things that she testified about was that,

14   and not surprisingly, she had no idea any of this was going on,

15   either in her house or throughout the defendant's travels.  How

16   could she?  She didn't know the names of his contacts overseas.

17   She didn't know the families overseas.  He was literally taking

18   family vacations for years and nobody knew.

19           Clearly, this is not someone who the, who the

20   government -- I'm sorry -- who the Court and Pretrial could trust

21   to be on home detention and electronic monitoring and check in at

22   different calls where the whole basis of that is do I trust this

23   individual, because no matter how stringent any pretrial release

24   conditions are, and this, I would argue, indisputable, it all

25   comes down to the defendant agreeing to abide by those

1    conditions.  And there's no way, given this history, the

2    defendant can be trusted not just to take off.

3         He can cut the bracelet.  He can run.  He can contact

4    somebody in the US.  He can contact somebody overseas.  We have

5    no idea who these people are.  There's no way, given that

6    history, we can trust him.

7         I think it's important to see that this double life was

8    not just overseas because what we're going to hear is it was in

9    the US.  He doesn't have a passport.  Maybe we can ensure a way

10   to keep him here.  Because he led this double life here because

11   he did the preparation here.  He did these chats, where he was

12   exploiting children overseas, from his basement.  He had this

13   child pornography collection in the United States, in his house,

14   where he says he should go back to live right now.

15        In their motion, the defense claims that he's not a

16   flight risk.  I think that his financial resources, his contacts

17   overseas, and the penalties that he's facing clearly show that he

18   is a flight risk.

19        The defense also says that it's common for defendants

20   to get bail even when there's a mandatory minimum, and they cite

21   either drug offenses or violent offenses.  I can't actually speak

22   to those.  I've had a number of those types of crimes here.  I'll

23   say in my general experience those individuals are detained.

24   There's always exceptions.

25        But I'll tell you, in the child exploitation realm, in

1    this courthouse, on the cases that I've handled for the last 10

2    and a half years, not one single defendant that I'm aware of has

3    ever received pretrial release who's been accused of exploiting a

4    child by producing child pornography.  And none of them had the

5    overseas ties and the double life that this defendant had.

6    Clearly, trust is not possible.

7            The combination in this case of the high danger that

8    the defendant is to the community -- and that danger exists if he

9    was only trafficking in child pornography, but, of course, it

10   exists in this case because he's exploiting children all over the

11   world and he has been for years -- that danger cannot be in any

12   way minimized by any pretrial conditions.  And that's assuming

13   that he could be, that it could be assured that he would show up

14   for trial, which, of course, it could not.

15           Your Honor, based on all of that, unless the Court has

16   questions for the government, based on the proffer, obviously,

17   I'd like to potentially respond to anything the defense says, but

18   that is the government's proffer.  And we'd ask that the

19   defendant remain detained.

20           THE COURT:  Thank you, Mr. Budlow.  Mr. Johnson.

21           MR. FEIN:  Your Honor, if I may.

22           THE COURT:  Yes, Mr. Fein.

23           MR. FEIN:  Your Honor, I'll ask the Court, and I don't

24   know, obviously, the answer.  There was a transcript from the

25   prior proceeding.  I don't know if the Court had an opportunity

1  to review that transcript.

2          THE COURT:  I have not reviewed it.

3          MR. FEIN:  Thank you, Your Honor.  I do have a witness

4  I would like to call.

5          THE COURT:  Yes.

6          MR. FEIN:  Ms. Belinda Hall.

7          THE CLERK:  Please raise your right hand.

8          BELINDA HALL, DEFENDANT'S WITNESS, SWORN

9          THE WITNESS:  I do.

10          THE CLERK:  Thank you.  You can have a seat.  Please

11  state and spell -- move your mike down.  Adjust your chair just

12  so you're talking right into the microphone.  State and spell

13  your first and last name for the record.

14          THE WITNESS:  Belinda Hall, B-E-L-I-N-D-A, H-A-L-L.

15          THE CLERK:  Thank you.

16          MR. FEIN:  Thank you, Your Honor.  Do you have a copy

17  of the Pretrial Services report?

18          THE COURT:  I don't.

19          MR. FEIN:  Okay.  I do.  I'm only asking because there

20  have been some changes to the family's financial circumstances

21  since that report was first compiled.  So I'll get into that in a

22  moment with her.

23          MR. BUDLOW:  May I approach, Your Honor?

24          THE COURT:  Sure.

25          DIRECT EXAMINATION

1    BY MR. FEIN:

2    Q    Ms. Hall, do you know Martin Hall?

3    A    Yes.

4    Q    And how do you know Mr. Hall?

5    A    I've been married to him for 30-plus years.

6    Q    Do you have any children with Mr. Hall?

7    A    We have two children.

8    Q    How old are your children?

9    A    Our daughter is 27 and our son will soon be 24.

10   Q    Are they close with their father?

11   A    Yes.

12   Q    They're aware of his current situation?

13   A    They are.

14   Q    Have they ever made any complaints about him to you?

15   A    No.

16   Q    Any of their friends growing up ever made a complaint about

17   him to you?

18   A    No.

19   Q    In the past, your family attended a church together as a

20   family, is that correct?

21   A    Yes.

22   Q    You are reasonably close with the pastor at that church?

23   A    Yes.

24   Q    Your husband is as well?

25   A    Yes.

1    Q    He came into contact with children at that church, is that

2    correct?

3    A    Yes.

4    Q    On a regular basis?

5    A    It's hard to say regular but, just because he traveled so

6    much for his work.  But yes, we were regular.  It's a small

7    church.

8    Q    Did any member of that church community ever lodge a

9    complaint against your husband in any way, shape or form?

10   A    No.

11   Q    Has any child, to your knowledge, ever lodged a complaint

12   against him to you, to any member of your family, or law

13   enforcement?

14   A    No.

15   Q    I'd like to ask you some questions about the family finances

16   first.  And, Your Honor, if I could direct you to Page Two of the

17   Pretrial Services report.  Ms. Hall, you can't see what I'm

18   looking at, but you'll know what I'm referring to.  Can you tell

19   me what steps you've taken in the last two months to transfer all

20   family assets out of your husband's name and into your name?

21   A    Sure.  So we did have a joint checking and savings account

22   that now is in my name only.  The deed to our home is now in my

23   name only.  The title to the one car that we own is now in my

24   name only.  There were three different credit cards that were in

25   my husband's name only that have been canceled.  There was a

1    checking account that was in my husband's name only and, to the

2    best of my ability, there is only one penny in that account.

3    Q    Is there a home equity line?

4    A    There is a home equity line.  And I was told by the bank

5    that you can't take names off of debt.  So that home equity line,

6    I guess, would technically still have both of us listed.

7    Q    Okay.  If, if Mr. Hall were released, could the bank then

8    remove him from that line of credit?

9    A    I don't know.  I assume.  I also -- sorry.

10   Q    No.  Forgive me.

11   A    I was just going to say, I also assume that if we're able to

12   sell our home, that that loan would then be paid off and then

13   would no longer exist.

14   Q    And I think you already testified to this.  Whose name is

15   the home in?

16   A    The home is in my name.

17   Q    It is not in Mr. Hall's name?

18   A    It is not in Mr. Hall's name.

19   Q    And you have power of attorney over his financial affairs,

20   is that correct?

21   A    That is correct.

22   Q    So you have complete control over anything he had access to,

23   is that right?

24   A    I don't know how it works with his IRA.  So his -- that, I

25   do not have control over.

1   Q     And --

2   A     Sole control over.  Does that make sense?  Like I can't

3   take, I can't put those in my name only.  So, theoretically, he

4   could, I guess, have access to that.

5   Q     And you're talking about his retirement account, correct?

6   A     Yes, right.

7   Q     And as you understand it, if he -- would one condition of

8   bond, if he were to, if the Court were to admit Mr. Hall to bail,

9   would one condition be to place his retirement account as

10  security for his release?  Would that be a condition?

11  A     Sure.  Yes.

12  Q     Had we discussed that in the past?

13  A     Yes.

14  Q     And the Pretrial Services report lists two cars.  But if I

15  understand you right, you've sold one and you only have one car

16  at this point in time, correct?

17  A     It's not completely accurate to say I sold it.  But we now

18  only own one car.

19  Q     Okay.  Which car is that?

20  A     It's a Subaru.  I can't remember the year.  2011, I think.

21  Q     That's okay.  I can see it on there.  So to the best of your

22  knowledge, what remains is a home equity line and a retirement

23  account, correct?

24  A     Yes.

25  Q     There's nothing else out there that --

1   A    To the best of my knowledge, that is what exists.

2   Q    Have you ever been convicted of a crime before?

3   A    I have not.

4   Q    Have you ever been charged with a crime before?

5   A    No.

6   Q    Okay.  Have either of your children?

7   A    No.  Not to my knowledge.

8   Q    And who is here in court with you today?

9   A    Who's here today?  My parents are here and the pastor of our

10  church and his wife.

11  Q    And they're aware of the charges pending against Mr. Hall,

12  correct?

13  A    Yes.

14  Q    If -- would you agree to act as a third-party custodian for

15  your husband?

16  A    Yes.

17  Q    Would your parents assist in that endeavor, if need be?

18  A    They have said they would.

19  Q    Between yourself and your parents, could you ensure that

20  there was somebody at the home at all times on all days?

21  A    We would be willing to make that commitment.

22  Q    So Mr. Hall would not be left alone at any time?

23  A    That would be our intention.

24  Q    Would you agree, as a condition of bond, to permit Pretrial

25  Services to place software monitoring equipment on your

1    computers?

2    A    Yes.

3    Q    Would you agree to permit Pretrial Services to install

4    software monitoring, monitoring software on your cell phone?

5    A    Yes.

6    Q    How many computers do you have in your home?

7    A    One desktop and one laptop.

8    Q    Okay.  If I recall, you used to have three, is that correct?

9    A    Three what?

10   Q    Computers in the home?

11   A    It's very possible.  I mean -- you mean before the

12   government took some computers?  We had --

13   Q    No.

14   A    -- more than that.

15   Q    No, no.  Since your husband's been detained.  I thought

16   there were three?

17   A    There was another laptop and that has been lent out to a

18   friend.

19   Q    Okay.  So now there are only two in the home?  One laptop --

20   A    There is a desktop and there is a laptop currently in the

21   house.

22   Q    And the desktop, is that in your home office?

23   A    In my, what I call my home office, yes.

24   Q    Could you keep that under lock and key?

25   A    Could I lock the door to that room?

1    Q    Um-hum.

2    A    I don't know.  I mean, we could arrange to.  I don't know if

3    there's currently a lock on that door.

4    Q    If it were required as a condition of bond, would you be

5    willing to do so?

6    A    We'd figure it out, yes.

7    Q    If it were required as a condition of bond, would you keep

8    the laptop with you?

9    A    Yes.

10   Q    And, again, you would be willing to subject both of those to

11   monitoring?

12   A    Yes.

13   Q    Would you agree to GPS monitoring of the family car, the

14   sole family car?

15   A    Yes.

16   Q    If the Court desired, would you agree to, at the family's

17   cost, to place a camera either outside or inside the home so that

18   Mr. Hall could be monitored in that way as well?

19   A    Yes.

20   Q    This is the second time that you testified in connection

21   with this case, is that correct?

22   A    Yes.

23   Q    You were here several months ago and testified during the

24   first detention hearing, is that correct?

25   A    Yes.

1   Q    And at that time you heard the same allegations or many of

2   the same allegations that the government has made today, correct?

3   A    Many, yes.

4   Q    One moment, Your Honor.  I have no further questions for Ms.

5   Hall, Your Honor.

6              THE COURT:  Mr. Budlow.

7              CROSS EXAMINATION

8   BY MR. BUDLOW:

9   Q    Good afternoon, Ms. Hall.  We have been through this once

10  before so I apologize if I have to ask you some of the same

11  questions again.  Is it fair to say, within reason, there's

12  pretty much not anything that you wouldn't do if it would allow

13  the Court to send your husband home?

14  A    I don't know how to answer that kind of a hypothetical.  I'm

15  sorry.

16  Q    You would probably get rid of all of your phones and all of

17  your computers and any Internet access with other gadgets, right?

18  A    I can't, I cannot truthfully say absolutely yes to that

19  question.

20  Q    Put bars on the windows and lock the door when you leave,

21  before you left?

22  A    To -- I don't understand.

23  Q    Would you put bars and locks on the doors so he couldn't get

24  out when you left?

25  A    I'm sorry.  I'm having a very hard time with these

1  hypothetical questions.

2  Q    Is your husband close with the pastor?

3  A    We've been friends for decades.

4  Q    And decades meaning at least 20 years?

5  A    So we -- I have to do the math.

6  Q    I'll withdraw that.

7  A    Sixteen years.  This church, the church that we are part of

8  started 15 or 16 years ago.  We've known them since then.

9  Q    And is it fair to say that that church and your husband's

10  faith are important to you?

11  A    I would say yes.

12  Q    And that was true 15 to 20 years ago, also?

13  A    It was true 15, 20 years ago.  It may not always have been

14  true.

15  Q    Were you aware that your husband was using Western Union to

16  send payments overseas?

17  A    I was not aware.

18  Q    Do you have any idea where the money came from to make those

19  payments?

20  A    I now have some idea but I don't have, I don't know for

21  certain, no.

22  Q    Where is it?  What idea?  Where you do you think it came

23  from?

24  A    I believe he may have used some of the money we have

25  invested with a financial adviser, but I don't know that to be

1    true.  That's an idea that I have.

2    Q    You can't possibly know whether or not he has accounts

3    overseas, can you?

4    A    I cannot know that.

5    Q    Do you work?

6    A    I work very hard.

7    Q    Roughly how many hours a week?

8    A    I usually sleep about eight hours a day.  So 14 hours.

9    Q    And is that out of the house or in the house?

10   A    Both in and out of the house.  If you're asking if I'm paid

11   for the work that I do, no, I do not, I am not paid for any work

12   I do outside the home.

13   Q    I'm sorry.  I was just wondering if you can tell us like

14   roughly how many hours a week you work outside the home?

15   A    It's, it's going to be changing because my voluntary

16   commitments are coming to an end.  So I assume you're asking me

17   for going forward.  And going forward, at this time my schedule

18   would be my own to schedule how I want to schedule it.  Does that

19   get at what you're trying to ask me?

20   Q    Sure.

21   A    Okay.

22   Q    What's your source of income?

23   A    I do not have a source of income right now.

24   Q    What's -- where is the income coming from that pays the rent

25   and buys the food?

1    A    Right.  We have received some financial help from family

2    members and I have also used funds from our home equity line of

3    credit.

4    Q    And before your husband was in custody, what was the primary

5    source of family income?

6    A    It has always been my husband since our children were born.

7    Q    And roughly how old are your parents?  Ballpark?

8    A    My father is about to turn 75.  My mother is 74.

9    Q    And would it -- you heard my description of your husband's

10   computer expertise.  Do you think that was a fair description,

11   that he's a highly sophisticated computer user and computer

12   programmer?

13   A    Yes.

14   Q    Do you understand the computer stuff that he does?

15   A    Some of it.

16   Q    Do you know what Java is?

17   A    I do.

18   Q    What is Java?

19   A    Java is a computer programming language.

20   Q    Do you know how to write Java?

21   A    I do not.

22   Q    What's your level of computer sophistication?

23   A    I'm comfortable using a computer.  I have never taken a

24   computer programming class.  Both of my children are also

25   computer science people, so there's a lot of lingo that has been

1    discussed at the dinner table.

2    Q    And lots of people for you to ask for help if you need it?

3    A    Absolutely.

4    Q    Thank you.  That's all I have.

5             THE COURT:  Thank you very much, Ms. Hall.

6             MR. FEIN:  Thank you, Your Honor.  Mr. Budlow had much

7    to say about the evidence in the case and, obviously, the case

8    will work itself through to completion at some point.  Some of

9    the evidence is difficult.  Some of it less so.  But the hearing

10   today isn't so much about the evidence.  We're not here to

11   litigate the case and try the case.  But just to comment on a

12   couple of things.

13            Mr. Budlow has shown you pieces of paper with comments

14   made between individuals, presumably.  The individuals behind

15   those statements he hasn't been able to show you at all.  These

16   are assumptions about the individuals who are communicating,

17   assumptions about whether or not what they say is truthful and

18   accurate, assumptions about whether or not they're role playing

19   or not.  Many people do engage in Internet communications and

20   computer-based communications on a basis that is less than

21   accurate.  Many people role play.

22            He spoke to you about a computer software program

23   called Freenet.  That's a popular peer-to-peer program that he

24   described as highly sophisticated.  You can download it today

25   from your home if you wish, and it doesn't take a great deal of

1   sophistication to use it.

2           But I think those are all secondary matters to what

3   really brings us here.  And what really brings us here is what

4   will this Court do with a man who's accused of a crime, who's

5   been convicted of nothing, given the standards that the Court has

6   to apply?  And I agree that there's a presumption of detention,

7   but that presumption places a limited burden on Mr. Hall.  And

8   that limited burden is to come forward with some evidence to

9   suggest that he's not a risk of flight and not a danger to the

10  community.

11          And the burden of persuasion lies with the government.

12  And to persuade you that no such conditions can be satisfied in

13  this case, Mr. Budlow has primarily pointed to evidence in the

14  case and less so to many of the facts surrounding Mr. Hall and

15  Mr. Hall's family, although he has engaged, Mr. Budlow did engage

16  in a bit of speculation, I'd say.

17          So, first, Congress has classified this as a crime of

18  violence.  It's classified many crimes as crimes of violence.

19  And not every violation in the United States Code that might fall

20  within that classification is the same.  Some are different than

21  others.  Some crimes of violence take place on the streets where

22  individuals are injured in a face-to-face setting.  For example,

23  a robbery, a murder, sexual assault, that take place in public

24  where individuals come into contact.

25          Much of the evidence against Mr. Hall, the allegations

1    that focus on him, took place in his home, in the privacy of that

2    home, where he came into contact with nobody.  And, of course, if

3    I have my way, that's where he'll be if he's admitted to bail.

4              So even though it is a crime of violence, and even

5    though there is this presumption that places on him this limited

6    burden, I think the Court should think about what the crime is

7    and whether it's analogous to all sorts of crimes of violence

8    that might suggest he poses some clear danger to citizens here in

9    the State of Maryland, in the City of Baltimore in particular.

10             That said, let me focus first on flight.  Mr. Budlow

11   suggests that Mr. Hall poses a grave risk of flight.  And I think

12   at the end his questioning a moment ago he was suggesting that

13   perhaps Mr. Hall might have accounts somewhere else in the world.

14   I guess that's true.  I might as well.  But, certainly, there's

15   absolutely no evidence of that.  The evidence of his financial

16   resources is in the Pretrial Services report and the evidence

17   about that you heard today.  And the evidence is that he has no

18   access to anything except a retirement account, which he will

19   submit to the Court as collateral to secure his release.

20             All other funds are in the name of his wife, who has

21   control of them, who appears to me to be a credible witness, who

22   has no prior history of convictions, no prior history of

23   criminality, no prior arrests.  And her and her family will act

24   as third-party custodians to watch over him.

25             With respect to fleeing abroad, a couple of things.  As

1    I note in motion that I filed, Mr. Hall has no passport.  And

2    through a simple order of this court, even if he were foolish

3    enough to apply for one, which I believe he would not be, the

4    State Department would not issue him one, simply through an order

5    of this Court.  And the law that provides for that is contained

6    in a footnote in the motion that I filed and is part of the codes

7    of federal regulations.

8         So he has no passport and he has no possibility of

9    getting one.  I would suggest the notion of his flight abroad is

10   a bit of a fantasy.

11        He also has two children that live in this country that

12   he loves.  I think asking him, suspecting that he would leave

13   them or to turn his back on them betrays a misunderstanding of

14   his connection to his family, whatever the government might say

15   about this alleged double life that he was leading.

16        So no passport, family here, children here.  What else

17   can be done to ensure that he doesn't flee the area?  You can

18   place a monitor on him.  It's true he can cut it off.  Anyone can

19   cut those off.  What statistical evidence is there to suggest

20   that he would cut that off?  None.  What real evidence is there

21   to suggest that he might cut that off?  None.  He's certainly

22   never done anything like that in the past.  He's never even been

23   in the past charged with a crime or an offense.

24        So they can put a monitor on him.  They can put a GPS

25   locator on the family car, for which the Halls will pay.  Put a

1    camera outside the house to watch the home, for which the Halls

2    will pay.  He will post his entire retirement fund with the

3    Court, all that he has to live on in the future, and a life

4    insurance policy that he has, which he would also post with the

5    Court, leaving him with no funds to his name and no access to

6    funds given that his wife has power of attorney and has taken

7    care of the family finances by transferring them all to her name.

8            His wife has time.  She is willing to act as a third

9    party custodian to make certain that he does not leave the home,

10   in addition to the monitoring.  If for some reason she couldn't

11   be there, her family is willing to be there, the same family

12   that's here today, to make sure that there was somebody with Mr.

13   Hall at all times.

14           His own family is willing to do the same, that is his

15   own parents, are willing to help as well to ensure that there is

16   somebody at all times with Mr. Hall.

17           One of the reasons or another issue that Mr. Budlow

18   raised that I did raise in my motion is that, because the

19   magistrate judge looked at it, is the statutory range of

20   punishment.  Mr. Budlow might be right.  Maybe in this

21   jurisdiction there are individuals charged with maximum penalties

22   of 30 and 20 or life terms that don't receive bail, but there are

23   many jurisdictions in which they do.  And in the motion that I

24   filed, I cited statistics from the Bureau of Justice Statistics

25   that indicate individuals like that do receive bond.

1          More importantly about those statistics was this fact,

2     because it's an argument I hear commonly in court from the

3     government, and Mr. Budlow made the same argument.  And that is

4     that this gentleman just presents too great a risk of flight.  If

5     you look at the data, the data suggests that, in a given year,

6     less than 1% of the people flee.  Empirically, the number of

7     individuals who flee are exceedingly low.  And generally, they're

8     not laboring under the kinds of conditions that Mr. Hall has

9     submitted he will labor under -- a monitor on his home, a monitor

10    on the car, a monitor on his ankle, divestment of all funds in

11    which he has an interest, home detention, random pretrial visits,

12    family members present at all times, a camera outside, a camera

13    inside.

14          Given the statistical unlikely, low likelihood

15    statistically of anyone fleeing to begin with, I would suggest

16    that the notion that he would flee with no funds and no passport,

17    and children he loves, is exceedingly remote.

18          And the burden is simply whether or not, more likely

19    than not, there is some combination of conditions that can

20    reasonably assure his appearance at trial.  And I would submit to

21    the Court that, given all of that, unquestionably there are a

22    combination of conditions of release that will reasonably assure

23    that.  And those combination of conditions of release are those

24    that we submitted to the Court.  And, of course, that would

25    include him providing to the Court his own retirement account to

1    secure his release.  Obviously, if he fled, he would lose that.

2         So no passport, monitors, giving up all his funds,

3    getting off, divesting of all funds -- I don't know what more any

4    human being could do to assure the Court.

5         I'll remind the Court that there are cases, there are

6    different cases, there are financial frauds, but individuals with

7    much greater connections around the world.  For example, Bernie

8    Madoff.  Different crime, a financial fraud.  Billions of

9    dollars.  Permitted to, admitted to bail.  Admitted to bail

10   because there were a combination of conditions of release that

11   would reasonably assure his appearance, despite all the

12   connections he had, despite the funds he had, despite the fact

13   that he might have had funds in bank accounts around the world.

14        So I submit that there is a combination of conditions

15   of release that will reasonably assure Mr. Hall's appearance.

16        What about danger?  Much of the focus, Mr. Budlow is on

17   allegations of Mr. Hall's activities abroad.  What you didn't

18   hear a word about, a whit about, is any allegation of some

19   misconduct involving another individual here in the United

20   States.

21        THE COURT:  Does that matter?

22        MR. FEIN:  Here's the difference.  Mr. Hall is 54 years

23   old now, I believe.  There's no allegation he's ever acted in a

24   manner untoward towards any child or adult here.  So if that's

25   the case, and the allegation is abroad he has endangered people,

1    which even for the moment just concede that fact, I'll concede

2    that fact, there's no allegation that he's ever been a danger to

3    anybody here, which is where he'll be staying in his home, 24

4    hours a day, locked down.

5         My point is that there's no evidence that he, in that

6    condition, in that setting, that would pose a danger to anybody.

7         Now, the government, I think, tries to suggest that

8    because he's sophisticated with computers, somehow he'll manage

9    to get on a computer, that would pose some danger to somebody.  I

10   think that's farfetched.  And I don't think it's all trust.

11   That's precisely the reason for all the conditions.

12        If he has no computer to access, no phone to access, if

13   his wife's computers are monitored, if one is under lock and key,

14   if the other is by her side, then he has no computer to access.

15   I would submit to the Court that even accessing a computer and

16   using it, even if it were for some wrongful purpose, which I

17   submit he wouldn't do, but if he did, that would not be the kind

18   of danger that the government is talking about where it alleges

19   he's had contact directly with minors or those who are presumed

20   to be minors abroad because that has not ever happened here,

21   where he will be, and there's no suggestion that it would happen

22   in the future if admitted to bail.

23        So I think the suggestion that he poses a grave threat

24   to children everywhere, which was the claim of the government, is

25   beyond what the evidence will bear.

1          I'll say this, too, because there were a few grounds in

2     which the magistrate judge relied to deem Mr. Hall a danger to

3     the community, and I do take issue with them.  The notion that he

4     had a large number of images, I have no doubt the Court reviewed

5     my motion.  The number of images even alleged today, the

6     4,000-plus, some of which may constitute child pornography under

7     the relevant federal definition, some of which may not, according

8     to Mr. Budlow, is by no means a large number.  As I indicated in

9     my motion, the United States Sentencing Commission indicates

10    there are people who've had hundreds of thousands, upwards of a

11    million and over.  So even using image count as an indicator of

12    danger, which I think is an error, would not suggest anything

13    other than Mr. Hall is an ordinary offender, if you accept the

14    government's argument on that number.

15          But I think the magistrate was in error in relying on

16    that factor because I don't think it has any great significance

17    or bearing on danger to the community.

18          What the magistrate relied on more, I suspect, was this

19    notion of sophisticated computer user and notions of him being in

20    the home where he committed the offense.  He was in the home.

21    That is where the allegations suggest he committed a part of that

22    offense.  However, at that time he was certainly not under the

23    same kind of scrutiny from family that he would be at this point.

24    Certainly, he was not under the same set of conditions that he

25    would be if this Court were to admit him bail on the combination

1    of conditions that we suggest.

2              I think another important factor is what is the

3    standard for making a determination about danger to the

4    community.  And that standard is not the same standard that

5    applies to risk of flight.  It's clear and convincing evidence.

6    That is a much higher standard.  It's the standard that's used to

7    make determinations such as whether or not, whether or not a life

8    of somebody on life support who wishes to be terminated ought to

9    be, whether or not a child should be removed from parents.  This

10   is a standard of proof that is much higher than a preponderance

11   of the evidence.

12             And I would suggest to the Court that, based on

13   everything it's heard, there again are a combination of

14   conditions of release that will ensure that he doesn't pose, that

15   will reasonably assure -- that's the language of the statute --

16   reasonably assure that he doesn't pose a danger to the community.

17   And it's many of the same conditions.

18             He'll be in his home 24 hours a day under the watch of

19   another, with a monitor on his leg, with a GPS on his car, with

20   no passport, with no funds.

21             The limitations posed on, imposed on his liberty by

22   those conditions, I don't want to overstate.  It's not jail, but

23   they're substantial.  And they're very substantial.  It may be

24   that Mr. Budlow has never heard of anybody charged like Mr. Hall

25   getting a bond.  But that's not the issue.  The issue is, given

1    the standards, are there a combination of conditions of release

2    that can reasonably assure the safety of the community and his

3    appearance at trial.  And I believe on the combination of

4    conditions submitted, the answer to that question must be yes.

5          The Court might not like the allegations.  And I

6    suspect that's why Mr. Budlow spends a lot of time talking about

7    them.  I understand that.  Most people don't like those

8    allegations.  I suspect Ms. Hall doesn't like those allegations,

9    which, again, she strikes me as a credible and decent woman, will

10   live by her words, and has done everything she can to date to try

11   to make it possible for Mr. Hall to be in his home while his case

12   progresses, which would be very helpful to me as well.

13         As I've indicated in the motion that I filed, there are

14   significant disabilities placed on people who are confined

15   pretrial.  Not only are they removed from family and friends and

16   that human content, but it is very difficult to communicate with

17   counsel.  It's very difficult to actively participate in your

18   defense.

19         Now, Mr. Hall retained counsel out of town.  That's not

20   a Bail Reform Act consideration.  But it does make communication

21   between the two of us difficult.  I have to FedEx materials to

22   him overnight and he has to FedEx them back.  The jail will not

23   allow us to have an unrecorded call.  If I need to see him

24   personally, I have to fly here to Baltimore to meet with him and

25   speak with him.  That's a consequence of decisions he made to

1    hire out-of-town counsel.  I understand that.  But nevertheless,

2    these are disabilities imposed on a man accused of a crime, not a

3    man convicted of a crime, and a man who could have clearer, more

4    effective communication with counsel under very stringent

5    conditions if admitted to bail.

6            So I think, Your Honor, given the standards that apply,

7    given the conditions that Mr. Hall has submitted to the Court,

8    given the commitment his family is willing to make with him, an

9    honest commitment from honest individuals that this Court would

10   have no reason to doubt, I think there are a combination of

11   conditions of release that will satisfy the standards of the Bail

12   Reform Act, and I think the Court could be highly confident that

13   Mr. Hall will do nothing other than participate meaningfully in

14   his defense, appear in court as required, and see the case

15   through to resolution, whatever that resolution might be.

16           So I'd ask the Court to revoke the detention order of

17   the magistrate judge, admit Mr. Hall on the combination of

18   conditions of release proposed, and allow us to carry on with his

19   case.  Thank you, Your Honor.

20           THE COURT:  Thank you, Mr. Fein.  Mr. Budlow.

21           MR. BUDLOW:  Your Honor, I don't give the facts of this

22   case because you don't like them or because Mrs. Hall doesn't

23   like them, I give them because they demonstrate that the

24   defendant poses a risk to the community.

25           And I give them because the Bail Reform Act says that

1    the weight of the evidence is a factor that this Court should

2    consider.  That's why I painstakingly went through the facts,

3    showing that not only is all this evidence established, that the

4    evidence is truly at this stage very strong against the defendant

5    for all of the counts, but it also reflected his travel, his

6    duplicity, and the fact that this isn't, despite the fact that

7    the indictment charges one victim, this is a pattern of conduct

8    that the defendant has engaged in for 15 years.

9         He's not Bernie Madoff because Bernie Madoff was known

10   to everybody.  So if Bernie Madoff got near JFK, people were

11   going to know it.  Bernie Madoff did not have a second life with

12   families all over the United States and all over the world.  And

13   more importantly, Bernie Madoff did not abuse children.

14        It's not even close to say that this is not a real

15   crime of violence.  I guess a bank robbery with a note to Mr.

16   Fein would be a real crime of violence, but production of child

17   pornography isn't.  Well, Congress says otherwise.  And to say

18   that the defendant can't reoffend sitting in his house, which is

19   what he's been doing for 15 years while he collected thousands of

20   images and videos of young Asian girls having sex with men that

21   look just like him, to say that he's not exploiting those

22   children does them a disservice, but it ignores the evidence that

23   he's also been traveling overseas and communicating with real

24   people who said they're minors or said that their younger

25   siblings are minors, and that he's paying them for sex down later

1    the road and he's taking them on vacations when he goes.

2            I suppose they, the defense will argue to a jury one

3    day that this is fantasy.  But that would be a much stronger

4    argument if there wasn't thousands of images of child pornography

5    of the defendant on his computer, and there weren't produced

6    child pornography images with his camera.  So there's abundant

7    evidence in this case that isn't fantasy.

8            I just want to make a couple other points about

9    release.  I didn't bring up this issue that nobody else gets

10   released from these types of charges in this district.  The

11   defense brought that up by saying there's all these other cases

12   out there where people get released, none of which, of course,

13   were child exploitation.

14           And the data that reflects -- and I don't know if it's

15   accurate, but I'll take Mr. Fein at his word, that 1% of people

16   flee.  Well, guess what?  That data is that good because people

17   like the defendant, who live double lives, that have overseas

18   families and have complete hidden lifestyles from everybody they

19   know, who abuse children, they don't get bail.  So you're not

20   going to see the defendant and people like him represented in

21   that data.

22           Your Honor, the Presentence Report lists the evidence

23   of money that the defendant gave.  So I understand the defense

24   says the government's speculating when they say you might have

25   money overseas.  And if I asked that in any other case, you might

1    say, yeah, where did that come from?  It came from out of left

2    field.  Well, it's not left field in this case.  The defendant

3    travels overseas for many, many months at a time and nobody knows

4    he's doing out there.  In fact, he hides what he's doing.  So in

5    this case, it's a little more reasonable for the Court to say

6    not, yes, he has money overseas, but, no, I can't believe

7    anything he says to Pretrial because his wife couldn't believe

8    anything he was saying for the last 15 years and neither could

9    anybody else.

10        Your Honor, unless you have additional questions for

11   me, I could continue to respond to most of the points, but I

12   think that the case is overwhelming that this is a defendant who

13   the risks are too high, the danger he presents is too high, and

14   the risk of flight is too high.

15        THE COURT:  Well, I'm going to deny the motion.  Mr.

16   Fein's made an excellent presentation, and the combination of

17   conditions would certainly help alleviate the risk of flight and

18   the danger to the community.  But I can't find on this evidence

19   that there isn't a risk of flight and a danger to the community.

20        The absence of the passport is a factor.  But that

21   really doesn't prevent the defendant from leaving the country.

22   And he's gone to Canada.

23        And sophistication, although it's limited to computers,

24   does, you know, I can't help but think that with the traveling

25   experience that the defendant has had, that he couldn't arrange

1      for another passport.

2              I think the danger to the community, I think it's

3      worldwide.  I don't -- I certainly respect Mrs. Hall and don't

4      find her incredible.  But the proffer before me establishes that

5      there has been a double life lived for a substantial period of

6      time.

7              And so I deny the motion.  Thank you.

8              (Conclusion of Proceedings at 3:51 p.m.)

9

10

11     WITNESS: BELINDA HALL                        PAGE

12     DIRECT EXAMINATION BY MR. FEIN                 27

13     CROSS EXAMINATION BY MR. BUDLOW                35

14

15

16

17

18

19

20

21

22

23

24

25

<u>REPORTER'S CERTIFICATE</u>

1

2

3          I, Mary M. Zajac, do hereby certify that I recorded

4    stenographically the proceedings in the matter of USA v. Martin

5    Robert Hall, Case Number(s) JFM-16-469, on May 11, 2017.

6          I further certify that the foregoing pages constitute

7    the official transcript of proceedings as transcribed by me to

8    the within matter in a complete and accurate manner.

9          In Witness Whereof, I have hereunto affixed my

10   signature this _____ day of _____, 2017.

11

12

13

14          _____

              Mary M. Zajac,
15            Official Court Reporter

16

17

18

19

20

21

22

23

24

25

## $

**$100** [4] - 4:16, 4:22, 5:1, 20:2
**$250,000** [3] - 4:15, 4:21, 5:1

## 1

**1** [4] - 11:23, 12:24, 13:9, 21:1
**1%** [2] - 44:6, 52:15
**1,000** [1] - 9:7
**1-001** [1] - 12:9
**1-0012** [1] - 12:10
**10** [4] - 12:8, 13:10, 23:7, 26:1
**10/21/05** [1] - 17:8
**100%** [1] - 8:10
**101** [1] - 1:24
**11** [3] - 1:10, 12:8, 55:5
**12** [6] - 6:5, 11:4, 12:8, 12:24, 13:5, 23:5
**13** [1] - 11:4
**14** [1] - 37:8
**14th** [1] - 5:7
**15** [11] - 4:14, 5:20, 7:7, 11:24, 23:3, 36:8, 36:12, 36:13, 51:8, 51:19, 53:8
**15-year** [2] - 4:20, 23:25
**16** [3] - 17:10, 19:24, 36:8
**18** [5] - 4:13, 4:19, 4:24, 19:7, 23:17
**1962** [1] - 3:1

## 2

**2** [1] - 11:24
**2)(A)** [1] - 4:13
**2)(B)** [1] - 4:20
**20** [5] - 24:1, 36:4, 36:12, 36:13, 43:22
**2011** [1] - 31:20
**2015** [10] - 10:18, 16:18, 17:12, 17:24, 18:2, 18:23, 19:2, 19:5, 19:17, 20:1
**2016** [10] - 4:8, 5:7, 5:21, 6:4, 7:18, 10:17, 13:12, 18:10, 19:11
**2017** [2] - 55:5, 55:10
**2107** [1] - 1:10
**21201** [1] - 1:24
**2251(c** [2] - 4:13, 4:19
**2252** [1] - 4:19
**24** [3] - 28:9, 46:3, 48:18

**2423(c)** [1] - 4:24
**25** [1] - 11:24
**25th** [2] - 10:17, 10:18
**27** [2] - 28:9, 54:12
**2:33** [1] - 2:1
**2nd** [1] - 17:24

## 3

**3** [1] - 21:1
**30** [4] - 4:15, 11:24, 24:1, 43:22
**30,000-plus** [1] - 15:11
**30-plus** [1] - 28:5
**30-year** [2] - 4:21, 4:24
**32-year-old** [1] - 19:12
**35** [1] - 54:13
**3:51** [1] - 54:8
**3rd** [1] - 13:12

## 4

**4,000-plus** [1] - 47:6
**4/27/15** [1] - 16:24
**4600** [3] - 8:9, 8:23, 9:5

## 5

**5** [2] - 12:7, 21:1
**54** [1] - 45:22
**55** [1] - 2:24

## 6

**6** [2] - 12:8, 19:1

## 7

**70** [1] - 15:22
**74** [1] - 38:8
**75** [1] - 38:8
**75,000** [1] - 8:25
**7th** [1] - 7:18

## 8

**8** [3] - 9:14, 12:8, 14:12
**80,000** [2] - 8:25, 15:22

## 9

**9** [3] - 9:14, 12:8, 16:3

## A

**abide** [1] - 24:25
**ability** [1] - 30:2
**able** [6] - 8:5, 8:25, 13:2, 19:14, 30:11, 39:15
**abroad** [5] - 41:25, 42:9, 45:17, 45:25, 46:20
**absence** [1] - 53:20
**absolutely** [3] - 35:18, 39:3, 41:15
**abundance** [1] - 13:22
**abundant** [1] - 52:6
**abuse** [2] - 51:13, 52:19
**accept** [2] - 17:14, 47:13
**access** [9] - 8:5, 30:22, 31:4, 35:17, 41:18, 43:5, 46:12, 46:14
**accessing** [2] - 15:13, 46:15
**according** [2] - 19:22, 47:7
**account** [8] - 29:21, 30:1, 30:2, 31:5, 31:9, 31:23, 41:18, 44:25
**accounts** [3] - 37:2, 41:13, 45:13
**accurate** [5] - 31:17, 39:18, 39:21, 52:15, 55:8
**accused** [3] - 26:3, 40:4, 50:2
**Act** [3] - 49:20, 50:12, 50:25
**act** [3] - 32:14, 41:23, 43:8
**acted** [1] - 45:23
**actively** [1] - 49:17
**activities** [2] - 11:16, 45:17
**activity** [4] - 15:9, 15:20, 21:15, 21:25
**acts** [8] - 6:9, 8:13, 8:15, 9:10, 9:11, 14:22, 15:2, 23:15
**Adam** [2] - 1:19, 2:14
**add** [2] - 13:20, 20:11
**addition** [3] - 9:9, 22:18, 43:10
**additional** [6] - 13:18, 15:14, 15:18, 18:2, 20:16, 53:10
**additionally** [12] - 11:12, 12:11, 13:2, 13:24, 14:7, 14:16, 15:5, 15:15, 15:21, 16:9, 20:11, 21:13
**address** [1] - 7:15
**adjust** [1] - 27:11

**admission** [1] - 6:14
**admit** [4] - 11:6, 31:8, 47:25, 50:17
**admits** [2] - 21:13, 23:7
**admitted** [7] - 11:1, 14:17, 41:3, 45:9, 46:22, 50:5
**adult** [3] - 20:20, 23:15, 45:24
**adults** [2] - 6:9, 14:23
**adviser** [1] - 36:25
**affair** [1] - 23:7
**affairs** [1] - 30:19
**affixed** [1] - 55:9
**afraid** [1] - 19:8
**afternoon** [2] - 2:5, 35:9
**age** [3] - 2:23, 6:5, 17:10
**Agent** [1] - 2:10
**agents** [3] - 11:10, 14:11, 14:17
**ages** [1] - 9:14
**ago** [5] - 34:23, 36:8, 36:12, 36:13, 41:12
**agree** [6] - 32:14, 32:24, 33:3, 34:13, 34:16, 40:6
**agreeing** [1] - 24:25
**allegation** [4] - 45:18, 45:23, 45:25, 46:2
**allegations** [6] - 35:1, 35:2, 40:25, 45:17, 47:21, 49:5, 49:8
**alleged** [2] - 42:15, 47:5
**alleges** [1] - 46:18
**alleviate** [1] - 53:17
**allow** [4] - 11:25, 35:12, 49:23, 50:18
**almost** [2] - 8:9, 16:23
**alone** [1] - 32:22
**Amanda** [1] - 16:12
**AMERICA** [1] - 1:4
**America** [1] - 2:3
**amusement** [1] - 20:21
**analogous** [1] - 41:7
**ankle** [1] - 44:10
**answer** [2] - 26:24, 35:14, 49:4
**apart** [1] - 21:7
**apologize** [2] - 3:11, 35:10
**appear** [4] - 16:9, 20:7, 20:22, 50:14
**appearance** [8] - 2:6, 4:2, 4:8, 5:6, 44:20, 45:11, 45:15, 49:3
**Appearances** [1] - 1:15
**application** [1] - 16:15
**applies** [1] - 48:5
**apply** [3] - 40:6, 42:3,

**50:6**
**approach** [1] - 27:23
**April** [2] - 6:3
**area** [1] - 42:17
**areas** [1] - 16:7
**argue** [2] - 24:24, 52:2
**argument** [4] - 44:2, 44:3, 47:14, 52:4
**arraigned** [1] - 4:7
**arraignment** [3] - 2:6, 2:16, 4:1
**Arraignment/ Detention** [1] - 1:10
**arrange** [2] - 34:2, 53:25
**arrests** [1] - 41:23
**Arriola** [1] - 19:23
**Asia** [5] - 5:21, 20:17, 20:23, 22:19, 23:1
**Asian** [2] - 9:11, 51:20
**ASS** [1] - 14:12
**assault** [1] - 40:23
**assessment** [3] - 4:16, 4:22, 5:1
**assets** [1] - 29:20
**assist** [1] - 32:17
**association** [1] - 22:8
**assume** [3] - 30:9, 30:11, 37:16
**assuming** [1] - 26:12
**assumptions** [2] - 39:16, 39:17, 39:18
**assure** [9] - 23:21, 44:20, 44:22, 45:4, 45:11, 45:15, 48:15, 48:16, 49:2
**assured** [1] - 26:13
**Atrium** [4] - 12:9, 12:10, 12:24, 13:4
**attempts** [2] - 24:9, 24:10
**attended** [1] - 28:19
**attorney** [3] - 2:10, 30:19, 43:6
**attracted** [1] - 13:22
**August** [7] - 6:3, 7:17, 13:9, 13:10, 13:12, 18:10
**avoid** [1] - 24:9
**avoided** [1] - 24:8
**aware** [7] - 7:4, 9:24, 26:2, 28:12, 32:11, 36:15, 36:17

## B

**baby** [1] - 19:12
**bail** [10] - 25:20, 31:8, 41:3, 43:22, 45:9, 46:22, 47:25, 50:5, 52:19

**Bail** [3] - 49:20, 50:11, 50:25
  **ballpark** [1] - 38:7
  **Baltimore** [6] - 1:11, 1:24, 6:7, 7:8, 41:9, 49:24
  **bank** [4] - 30:4, 30:7, 45:13, 51:15
  **bars** [2] - 35:20, 35:23
  **based** [9] - 6:19, 6:24, 7:1, 9:25, 12:25, 26:15, 26:16, 39:20, 48:12
  **basement** [4] - 7:21, 10:9, 25:12
  **basis** [3] - 24:22, 29:4, 39:20
  **batch** [4] - 11:25, 12:2, 12:7, 16:4
  **bath** [1] - 14:4
  **bathing** [2] - 21:7, 21:11
  **Bathroom** [1] - 16:12
  **bathroom** [1] - 16:12
  **bear** [1] - 46:25
  **bearing** [1] - 47:17
  **became** [1] - 8:19
  **become** [1] - 8:15
  **bed** [1] - 17:6
  **began** [2] - 7:8, 8:7
  **begin** [1] - 44:15
  **behalf** [3] - 2:8, 2:13, 2:14
  **Behalf** [2] - 1:16, 1:18
  **behind** [1] - 39:14
  **believes** [2] - 11:3, 11:4
  **Belinda** [2] - 27:6, 27:14
  **BELINDA** [3] - 27:8, 27:14, 54:11
  **below** [2] - 13:5
  **Bernie** [6] - 45:7, 51:9, 51:10, 51:11, 51:13
  **best** [5] - 15:16, 22:24, 30:2, 31:21, 32:1
  **betrays** [1] - 42:13
  **better** [1] - 17:5
  **between** [4] - 9:11, 32:19, 39:14, 49:21
  **beyond** [1] - 46:25
  **billions** [1] - 45:8
  **bit** [2] - 40:16, 42:10
  **blackmailed** [1] - 14:24
  **blue** [1] - 13:11
  **bond** [6] - 31:8, 32:24, 34:4, 34:7, 43:25, 48:25
  **born** [2] - 2:25, 38:6
  **bottom** [1] - 21:11
  **boy** [1] - 17:4
  **bracelet** [1] - 25:3

  **braces** [1] - 19:24
  **break** [1] - 17:15
  **breaking** [1] - 22:7
  **bring** [2] - 16:20, 52:9
  **bringing** [1] - 6:22
  **brings** [2] - 40:3
  **broad** [1] - 9:20
  **brought** [1] - 52:11
  **browser** [1] - 15:13
  **browsing** [1] - 15:8
  **Budlow** [19] - 1:16, 2:8, 3:24, 5:4, 26:20, 35:6, 39:6, 39:13, 40:13, 40:15, 41:10, 43:17, 43:20, 44:3, 45:16, 47:8, 48:24, 49:6, 50:20
  **BUDLOW** [12] - 2:2, 3:25, 4:6, 5:3, 5:5, 5:23, 5:25, 16:23, 27:23, 35:8, 50:21, 54:13
  **burden** [5] - 40:7, 40:8, 40:11, 41:6, 44:18
  **Bureau** [1] - 43:24
  **buys** [1] - 37:25
  **BY** [4] - 28:1, 35:8, 54:12, 54:13

---

**C**

  **cam** [1] - 18:14
  **Cambodia** [1] - 22:12
  **camera** [14] - 6:5, 10:9, 10:11, 10:14, 11:10, 14:6, 20:25, 21:5, 21:12, 34:17, 43:1, 44:12, 52:6
  **Canada** [1] - 53:22
  **canceled** [1] - 29:25
  **cannot** [4] - 19:9, 26:11, 35:18, 37:4
  **Canon** [2] - 6:5, 20:25
  **captured** [1] - 13:14
  **car** [9] - 29:23, 31:15, 31:18, 31:19, 34:13, 34:14, 42:25, 44:10, 48:19
  **cards** [1] - 29:24
  **care** [2] - 18:5, 43:7
  **careful** [1] - 17:6
  **Carlson** [1] - 2:11
  **carry** [1] - 50:18
  **cars** [1] - 31:14
  **CASE** [1] - 1:5
  **Case** [1] - 55:5
  **case** [23] - 6:23, 6:24, 6:25, 24:7, 26:7, 26:10, 34:21, 39:7, 39:11, 40:13, 40:14, 45:25, 49:11, 50:14, 50:19, 50:22, 52:7, 52:25, 53:2,

53:5, 53:12
  **cases** [5] - 23:25, 26:1, 45:5, 45:6, 52:11
  **causing** [1] - 20:8
  **cell** [1] - 33:4
  **certain** [2] - 36:21, 43:9
  **certainly** [6] - 41:14, 42:21, 47:22, 47:24, 53:17, 54:3
  **CERTIFICATE** [1] - 55:1
  **certify** [2] - 55:3, 55:6
  **chair** [1] - 27:11
  **changed** [1] - 5:16
  **changes** [1] - 27:20
  **changing** [1] - 37:15
  **charge** [3] - 7:2, 9:21, 9:24
  **charged** [11] - 4:11, 4:17, 4:23, 5:9, 9:22, 22:24, 23:5, 32:4, 42:23, 43:21, 48:24
  **charges** [2] - 3:5, 3:13, 4:4, 4:9, 7:24, 11:14, 32:11, 51:7, 52:10
  **chat** [1] - 15:7
  **chats** [6] - 16:15, 22:2, 23:9, 23:12, 25:11
  **check** [1] - 24:21
  **checking** [2] - 29:21, 30:1
  **child** [43] - 4:12, 4:18, 5:9, 6:4, 6:6, 6:8, 6:21, 6:22, 6:24, 7:2, 7:3, 7:10, 7:15, 8:6, 8:10, 8:14, 9:8, 9:22, 11:14, 14:2, 14:13, 15:12, 16:1, 16:8, 22:15, 23:4, 23:14, 24:3, 25:13, 25:25, 26:4, 26:9, 29:11, 45:24, 47:6, 48:9, 51:16, 52:4, 52:6, 52:13
  **children** [26] - 6:9, 8:11, 8:12, 9:6, 13:23, 15:6, 16:11, 20:19, 23:1, 23:19, 25:12, 26:10, 28:6, 28:7, 28:8, 29:1, 32:6, 38:6, 38:24, 42:11, 42:16, 44:17, 46:24, 51:13, 51:22, 52:19
  **Christine** [1] - 2:10
  **chubby** [1] - 14:12
  **chupoo-8yo-chubby-ass.avi** [1] - 14:11
  **church** [5] - 28:19, 28:22, 29:1, 29:7, 29:8, 32:10, 36:7, 36:9
  **circumstances** [1] - 27:20
  **cite** [1] - 25:20
  **cited** [1] - 43:24

  **citizens** [1] - 41:8
  **City** [1] - 41:9
  **claim** [1] - 46:24
  **claimed** [1] - 23:6
  **claims** [1] - 25:15
  **class** [1] - 38:24
  **classification** [1] - 40:20
  **classified** [2] - 40:17, 40:18
  **clear** [7] - 14:19, 15:19, 18:16, 18:22, 19:2, 41:8, 48:5
  **clearer** [1] - 50:3
  **clearly** [7] - 12:25, 18:3, 23:19, 24:5, 24:19, 25:17, 26:6
  **Clerk** [1] - 19:14
  **CLERK** [15] - 2:17, 2:20, 2:23, 2:25, 3:2, 3:5, 3:8, 3:11, 3:15, 3:17, 3:20, 3:23, 27:7, 27:10, 27:15
  **close** [5] - 10:8, 28:10, 28:22, 36:2, 51:14
  **close-up** [1] - 8:11
  **clothed** [3] - 8:11, 8:14, 14:4
  **clothes** [2] - 8:14, 21:10
  **Code** [4] - 4:13, 4:19, 4:24, 40:19
  **code** [2] - 6:11, 21:18
  **codes** [1] - 42:6
  **coincidentally** [1] - 22:14
  **collateral** [1] - 41:19
  **collected** [1] - 51:19
  **collection** [2] - 6:6, 25:13
  **college** [2] - 15:2, 15:4
  **combination** [14] - 23:21, 26:7, 44:19, 44:22, 44:23, 45:10, 45:14, 47:25, 48:13, 49:1, 49:3, 50:10, 50:17, 53:16
  **comfortable** [1] - 38:23
  **coming** [4] - 14:8, 20:4, 37:16, 37:24
  **comment** [2] - 17:13, 39:11
  **comments** [1] - 39:13
  **Commission** [1] - 47:9
  **commitment** [1] - 32:21, 50:8, 50:9
  **commitments** [1] - 37:16
  **committed** [2] - 47:20, 47:21
  **common** [1] - 24:6,

25:19
  **commonly** [2] - 11:25, 44:2
  **communicate** [1] - 49:16
  **communicated** [1] - 23:10
  **communicating** [4] - 18:11, 19:23, 39:16, 51:23
  **communication** [3] - 16:25, 49:20, 50:4
  **communications** [3] - 16:16, 39:19, 39:20
  **community** [14] - 5:11, 6:17, 26:8, 29:8, 40:10, 47:3, 47:17, 48:4, 48:16, 49:2, 50:24, 53:18, 53:19, 54:2
  **compared** [1] - 10:10
  **compiled** [1] - 27:21
  **complaint** [2] - 28:16, 29:9, 29:11
  **complaints** [1] - 28:14
  **complete** [3] - 30:22, 52:18, 55:8
  **completely** [1] - 31:17
  **completion** [1] - 39:8
  **computer** [28] - 6:10, 6:11, 7:12, 7:22, 8:25, 9:1, 14:8, 15:5, 16:16, 21:18, 23:13, 38:10, 38:11, 38:14, 38:19, 38:22, 38:23, 38:24, 38:25, 39:20, 39:22, 46:9, 46:12, 46:14, 46:15, 47:19, 52:5
  **computer-based** [1] - 39:20
  **computers** [12] - 7:14, 20:16, 21:19, 21:23, 33:1, 33:6, 33:10, 33:12, 35:17, 46:8, 46:13, 53:23
  **concede** [2] - 46:1
  **concerned** [1] - 14:24
  **conclusion** [1] - 54:8
  **condition** [7] - 31:7, 31:9, 31:10, 32:24, 34:4, 34:7, 46:6
  **conditions** [24] - 23:21, 24:24, 25:1, 26:12, 40:12, 44:8, 44:19, 44:22, 44:23, 45:10, 45:14, 46:11, 47:24, 48:1, 48:14, 48:17, 48:22, 49:1, 49:4, 50:5, 50:7, 50:11, 50:18, 53:17
  **conduct** [4] - 6:1, 21:8, 23:1, 51:7
  **confident** [1] - 50:12

confined [1] - 49:14
Congress [2] - 40:17, 51:17
connected [2] - 7:23, 8:2
connection [1] - 34:20, 42:14
connections [2] - 45:7, 45:12
consequence [1] - 49:25
conservative [1] - 9:7
consider [1] - 51:2
consideration [1] - 49:20
consistent [1] - 11:18
constitute [2] - 47:6, 55:6
contact [8] - 19:21, 20:8, 25:3, 25:4, 29:1, 40:24, 41:2, 46:19
contacts [3] - 24:5, 24:16, 25:16
contain [1] - 15:14
contained [1] - 42:5
content [2] - 7:13, 49:16
continue [1] - 53:11
control [4] - 30:22, 30:25, 31:2, 41:21
controls [1] - 13:24
convention [3] - 11:17, 11:19, 13:1
conversation [6] - 17:8, 17:12, 17:23, 18:2, 18:6, 19:11
conversations [2] - 16:18, 18:3
convicted [3] - 32:2, 40:5, 50:3
convictions [1] - 41:22
convincing [1] - 48:5
copied [5] - 8:9, 9:1, 9:14, 10:3, 15:22
copy [2] - 8:8, 27:16
copying [1] - 13:14
correct [14] - 3:21, 3:22, 28:20, 29:2, 30:20, 30:21, 31:5, 31:16, 31:23, 32:12, 33:8, 34:21, 34:24, 35:2
cost [1] - 34:17
Coulson [2] - 5:8, 6:15
counsel [5] - 2:9, 49:17, 49:19, 50:1, 50:4
count [1] - 47:11
Count [5] - 4:11, 4:17, 4:23, 7:5, 10:1
countries [5] - 5:20, 22:11, 22:12, 22:13,

22:14
country [2] - 42:11, 53:21
Counts [5] - 4:6, 7:4, 7:6, 10:1, 21:1
counts [2] - 4:9, 51:5
County [2] - 6:7, 7:9
couple [4] - 20:1, 39:12, 41:25, 52:8
course [6] - 15:17, 26:9, 26:14, 41:2, 44:24, 52:12
court [4] - 32:8, 42:2, 44:2, 50:14
Court [37] - 7:4, 9:24, 12:3, 16:2, 16:20, 22:6, 24:20, 26:15, 26:23, 26:25, 31:8, 34:16, 35:13, 40:4, 40:5, 41:6, 41:19, 42:5, 43:3, 43:5, 44:21, 44:24, 44:25, 45:4, 45:5, 46:15, 47:4, 47:25, 48:12, 49:5, 50:7, 50:9, 50:12, 50:16, 51:1, 53:5, 55:15
COURT [22] - 1:1, 2:12, 2:15, 3:10, 3:24, 4:5, 5:2, 5:4, 5:22, 5:24, 16:22, 26:20, 26:22, 27:2, 27:5, 27:18, 27:24, 35:6, 39:5, 45:21, 50:20, 53:15
courthouse [1] - 26:1
Courthouse [1] - 1:23
cover [2] - 21:24, 24:10
credible [2] - 41:21, 49:9
credit [3] - 29:24, 30:8, 38:3
crime [12] - 32:2, 32:4, 40:4, 40:17, 41:4, 41:6, 42:23, 45:8, 50:2, 50:3, 51:15, 51:16
crimes [7] - 22:24, 24:10, 25:22, 40:18, 40:21, 41:7
Criminal [1] - 2:3
CRIMINAL [1] - 1:5
criminality [1] - 41:23
CROSS [2] - 35:7, 54:13
current [2] - 7:24, 28:12
custodian [2] - 32:14, 43:9
custodians [1] - 41:24
custody [1] - 38:4
cut [5] - 25:3, 42:18, 42:19, 42:20, 42:21

**D**

Dad [2] - 18:4, 18:8
dad [1] - 18:6
Daddy [2] - 16:12
daddy/daughter [1] - 16:11
danger [22] - 5:11, 6:2, 6:17, 26:7, 26:8, 26:11, 40:9, 41:8, 45:16, 46:2, 46:6, 46:9, 46:18, 47:2, 47:12, 47:17, 48:3, 48:16, 53:13, 53:18, 53:19, 54:2
data [5] - 44:5, 52:14, 52:16, 52:21
date [5] - 10:16, 12:13, 12:15, 12:25, 49:10
dates [1] - 16:12
daughter [3] - 19:15, 20:9, 28:9
days [1] - 32:20
deal [1] - 39:25
debt [1] - 30:5
decades [2] - 36:3, 36:4
decent [1] - 49:9
decisions [1] - 49:25
deed [1] - 29:22
deem [1] - 47:2
defendant [74] - 3:12, 4:2, 4:7, 4:11, 4:23, 5:6, 5:9, 5:10, 5:14, 5:19, 6:10, 6:17, 6:21, 7:15, 9:16, 9:17, 10:18, 10:19, 10:20, 11:13, 11:15, 13:12, 13:21, 13:25, 14:16, 14:23, 16:7, 17:2, 17:3, 17:9, 17:11, 17:13, 17:20, 18:3, 18:7, 18:11, 18:17, 18:19, 18:23, 19:3, 19:17, 19:23, 20:1, 20:6, 20:12, 20:17, 20:19, 20:22, 21:3, 21:6, 21:13, 21:17, 22:8, 22:24, 24:4, 24:25, 25:2, 26:2, 26:5, 26:8, 26:19, 50:24, 51:4, 51:8, 51:18, 52:5, 52:17, 52:20, 52:23, 53:2, 53:12, 53:21, 53:25
DEFENDANT [9] - 2:18, 2:19, 2:22, 2:24, 3:1, 3:4, 3:7, 3:19, 3:22
Defendant [2] - 1:7, 1:18
DEFENDANT'S [1] - 27:8
defendant's [18] - 4:17, 7:19, 7:21, 9:22, 9:24,

10:10, 10:14, 11:16, 12:1, 12:11, 12:14, 14:7, 14:14, 15:15, 16:16, 23:17, 24:12, 24:15
defendants [1] - 25:19
defense [9] - 24:12, 25:15, 25:19, 26:17, 49:18, 50:14, 52:2, 52:11, 52:23
definitely [1] - 14:23
definition [3] - 9:8, 14:2, 47:7
delete [1] - 22:2
demonstrate [1] - 50:23
denied [1] - 11:5
deny [2] - 53:15, 54:7
Department [2] - 2:9, 42:4
depict [1] - 10:4, 13:14
depicted [1] - 13:16
described [5] - 8:23, 9:5, 9:21, 13:23, 39:24
description [2] - 38:9, 38:10
desire [1] - 24:5
desired [1] - 34:16
desktop [3] - 33:7, 33:20, 33:22
despite [2] - 21:21, 45:11, 45:12, 51:6
detained [5] - 5:11, 5:14, 6:18, 25:23, 26:19, 33:15
detective [3] - 7:9, 7:11, 7:14
Detective [1] - 7:9
detectives [9] - 7:20, 8:1, 8:4, 8:7, 8:16, 8:21, 10:20, 14:21, 15:19
detention [13] - 2:5, 5:7, 6:15, 6:24, 7:1, 12:21, 22:25, 24:21, 34:24, 40:6, 44:11, 50:16
determination [1] - 48:3
determinations [1] - 48:7
determined [2] - 10:11, 12:8
device [4] - 9:17, 10:12, 10:13, 11:9
devices [3] - 8:9, 11:13, 11:15
difference [1] - 45:22
different [7] - 22:5, 24:6, 24:22, 29:24, 40:20, 45:6, 45:8
difficult [4] - 39:9, 49:16, 49:17, 49:21
digital [1] - 6:5
dinner [1] - 39:1

DIRECT [2] - 27:25, 54:12
direct [1] - 29:16
directly [1] - 46:19
disabilities [2] - 49:14, 50:2
discussed [2] - 31:12, 39:1
discussing [1] - 14:2
discussion [5] - 18:15, 18:22, 19:3, 19:6, 23:16
display [2] - 8:15, 9:10
disservice [1] - 51:22
distance [1] - 20:14
DISTRICT [2] - 1:1, 1:1
district [1] - 52:10
divesting [1] - 45:3
divestment [1] - 44:10
DIVISION [1] - 1:2
Doe [2] - 10:5, 12:23
Doe's [1] - 10:8
dollars [2] - 17:21, 45:9
done [5] - 11:24, 12:15, 42:17, 42:22, 49:10
door [3] - 33:25, 34:3, 35:20
doors [1] - 35:23
double [8] - 6:12, 24:10, 25:7, 25:10, 26:5, 42:15, 52:17, 54:5
doubt [2] - 47:4, 50:10
down [5] - 2:7, 2:20, 13:5, 21:6, 21:9, 24:25, 27:11, 46:4, 51:25
download [2] - 8:17, 39:24
downloaded [1] - 16:10
drive [5] - 7:22, 7:23, 7:25, 8:5, 8:8, 8:16, 8:18, 8:22, 10:3, 11:7, 11:8, 12:15, 13:24, 15:22, 21:22
drug [1] - 25:21
duplicity [1] - 51:6
during [1] - 34:23

**E**

effective [1] - 50:4
efforts [1] - 21:21
eight [1] - 37:8
either [5] - 8:11, 24:15, 25:21, 32:6, 34:17
electronic [1] - 24:21
electronically [1] - 23:10
ELMO [2] - 9:18, 16:21
elsewhere [1] - 11:2
empirically [1] - 44:6

empty [1] - 15:16
encrypted [6] - 7:13, 7:25, 8:16, 8:19, 21:19, 21:21
encryption [2] - 11:8, 22:7
end [2] - 37:16, 41:12
endangered [1] - 45:25
endeavor [1] - 32:17
enforcement [5] - 15:4, 22:16, 24:9, 29:13
engage [3] - 15:2, 39:19, 40:15
engaged [5] - 6:9, 8:12, 23:15, 40:15, 51:8
engaging [1] - 14:22
ensure [5] - 25:9, 32:19, 42:17, 43:15, 48:14
entered [1] - 8:1
entering [1] - 15:19
entire [2] - 22:2, 43:2
entirely [1] - 7:13
equipment [1] - 32:25
equity [5] - 30:3, 30:4, 30:5, 31:22, 38:2
erase [2] - 15:20, 19:13
eraser [1] - 15:16
error [2] - 47:12, 47:15
especially [1] - 24:2
Esquire [4] - 1:16, 1:17, 1:19, 1:19
established [1] - 51:3
establishes [2] - 20:5, 54:4
estimate [1] - 9:7
everywhere [1] - 46:24
evidence [30] - 6:20, 9:21, 9:23, 13:20, 13:22, 15:6, 17:20, 39:7, 39:9, 39:10, 40:8, 40:13, 40:25, 41:15, 41:16, 41:17, 42:19, 42:20, 46:5, 46:25, 48:5, 48:11, 51:1, 51:3, 51:4, 51:22, 52:7, 52:22, 53:18
exact [3] - 14:24, 20:24, 21:8
exam [1] - 14:7
EXAMINATION [4] - 27:25, 35:7, 54:12, 54:13
example [5] - 11:21, 11:23, 16:5, 40:22, 45:7
examples [1] - 16:2
exceedingly [2] - 44:7, 44:17
excellent [1] - 53:16
except [2] - 20:14, 41:18
exceptions [1] - 25:24
exchanges [1] - 23:11

executed [1] - 7:19
Exhibit [3] - 12:4, 12:20, 16:19
exhibit [1] - 19:1
exist [1] - 30:13
exists [3] - 26:8, 26:10, 32:1
experience [2] - 25:23, 53:25
expertise [1] - 38:10
explain [1] - 15:17
exploitation [6] - 8:7, 8:10, 9:6, 14:2, 25:25, 52:13
exploited [2] - 23:5, 24:2
exploiting [4] - 25:12, 26:3, 26:10, 51:21
exposed [1] - 21:11
extensive [1] - 15:5
external [14] - 7:22, 7:23, 7:25, 8:5, 8:8, 8:17, 8:22, 10:3, 11:7, 11:8, 12:14, 13:24, 15:21, 21:22

## F

face [3] - 10:24, 40:22
face-to-face [1] - 40:22
facing [3] - 4:3, 23:23, 25:17
fact [9] - 6:16, 10:24, 44:1, 45:12, 46:1, 46:2, 51:6, 53:4
factor [4] - 47:16, 48:2, 51:1, 53:20
facts [3] - 40:14, 50:21, 51:2
fair [3] - 35:11, 36:9, 38:10
faith [1] - 36:10
fake [1] - 17:17
fall [1] - 40:19
families [6] - 17:21, 20:18, 20:23, 24:17, 51:12, 52:18
family [33] - 6:12, 11:16, 11:17, 11:18, 11:21, 12:2, 12:12, 20:22, 21:3, 24:18, 28:19, 28:20, 29:12, 29:15, 29:20, 34:13, 34:14, 38:1, 38:5, 40:15, 41:23, 42:14, 42:16, 42:25, 43:7, 43:11, 43:14, 44:12, 47:23, 49:15, 50:8
family's [2] - 27:20, 34:16

fantasy [4] - 20:6, 42:10, 52:3, 52:7
far [1] - 24:6
farfetched [1] - 46:10
father [2] - 28:10, 38:8
FCRR [1] - 1:23
federal [4] - 9:8, 14:3, 42:7, 47:7
FedEx [2] - 49:21, 49:22
FEIN [11] - 3:16, 26:21, 26:23, 27:3, 27:6, 27:16, 27:19, 28:1, 39:6, 45:22, 54:12
Fein [8] - 1:19, 2:14, 3:9, 3:15, 26:22, 50:20, 51:16, 52:15
Fein's [1] - 53:16
fellatio [1] - 19:8
female [1] - 10:6
females [5] - 9:11, 14:1, 14:3, 15:3, 23:15
few [2] - 16:2, 47:1
field [1] - 53:2
figure [1] - 34:6
file [10] - 8:24, 9:1, 9:13, 9:15, 12:4, 12:20, 13:9, 15:24, 16:6, 17:9
filed [4] - 42:1, 42:6, 43:24, 49:13
files [20] - 8:23, 8:25, 9:3, 10:2, 10:3, 13:3, 13:6, 13:9, 13:18, 14:13, 15:12, 15:13, 15:14, 15:22, 15:24, 15:25, 16:13, 22:7
Filipino [2] - 10:25, 17:20
finally [1] - 13:16
finances [2] - 29:15, 43:7
financial [8] - 25:16, 27:20, 30:19, 36:25, 38:1, 41:15, 45:6, 45:8
fine [4] - 4:16, 4:21, 5:1
Firefox [1] - 15:8
first [9] - 12:6, 14:10, 19:19, 27:13, 27:21, 29:16, 34:24, 40:17, 41:10
Five [3] - 4:9, 4:23, 7:4
five [2] - 7:6, 21:4
fled [1] - 45:1
flee [5] - 42:17, 44:6, 44:7, 44:16, 52:16
fleeing [2] - 41:25, 44:15
flight [16] - 5:12, 6:2, 6:17, 23:23, 25:16, 25:18, 40:9, 41:10, 41:11, 42:9, 44:4, 48:5,

53:14, 53:17, 53:19
Floor [1] - 1:23
fly [1] - 49:24
focus [2] - 23:4, 41:1, 41:10, 45:16
folder [10] - 9:2, 11:18, 12:11, 12:18, 13:3, 13:7, 13:17, 13:19, 14:10, 16:4
following [1] - 19:3
font [1] - 16:20
food [1] - 37:25
foolish [1] - 42:2
footnote [1] - 42:6
FOR [1] - 1:1
foregoing [1] - 55:6
forensic [2] - 8:4, 14:7
forgive [1] - 30:10
form [1] - 29:9
format [1] - 12:7
forth [2] - 16:17, 18:16
forward [2] - 37:17, 40:8
four [1] - 18:13
Four [4] - 4:9, 4:17, 7:6, 10:2
Fourth [1] - 1:23
fraud [1] - 45:8
frauds [1] - 45:6
Frederick [1] - 1:12
Freenet [1] - 39:23
friend [1] - 33:18
friends [3] - 28:16, 36:3, 49:15
fuck [1] - 18:7
full [1] - 2:21
Fun [1] - 16:12
fund [1] - 43:2
funds [11] - 38:2, 41:20, 43:5, 43:6, 44:10, 44:16, 45:2, 45:3, 45:12, 45:13, 48:20
future [2] - 43:3, 46:22

## G

gadgets [1] - 35:17
general [2] - 8:22, 25:23
generally [2] - 11:6, 44:7
genitals [2] - 9:10, 21:11
gentleman [1] - 44:4
girl [6] - 10:24, 17:24, 18:20, 21:3, 21:9, 23:5
girl's [1] - 10:23
girlfriend [2] - 11:2, 18:20
girlfriend's [1] - 10:25
girlfriends [10] - 6:12,

11:1, 14:17, 14:18, 14:20, 22:17, 22:18, 22:20, 23:8, 23:10
girls [1] - 51:20
given [11] - 25:1, 25:5, 40:5, 43:6, 44:5, 44:14, 44:21, 48:25, 50:6, 50:7, 50:8
Google [2] - 15:9, 15:15
Government [1] - 1:16
government [2] - 2:8, 13:2, 21:20, 24:20, 26:16, 33:12, 35:2, 40:11, 42:14, 44:3, 46:7, 46:18, 46:24
Government's [1] - 16:19
Government's [5] - 5:10, 5:15, 26:18, 47:14, 52:24
GPS [3] - 34:13, 42:24, 48:19
grade [1] - 19:24
graphic [1] - 9:15
grave [2] - 41:11, 46:23
great [4] - 19:9, 39:25, 44:4, 47:16
greater [1] - 45:7
green [1] - 18:10
grounds [1] - 47:1
growing [1] - 28:16
guess [6] - 2:15, 30:6, 31:4, 41:14, 51:15, 52:16
guidelines [1] - 23:25
guilty [2] - 3:19, 3:20
guy [1] - 18:9

## H

H-A-L-L [1] - 27:14
half [2] - 18:13, 26:2
Hall [9] - 2:3, 2:22, 27:6, 27:14, 28:2, 35:9, 39:5, 55:5
HALL [4] - 1:6, 2:18, 27:8, 54:11
hall [35] - 2:14, 2:17, 3:9, 3:17, 5:19, 28:4, 28:6, 29:17, 30:7, 31:8, 32:11, 32:22, 34:18, 35:5, 40:7, 40:14, 40:25, 41:11, 41:13, 42:1, 43:13, 43:16, 44:8, 45:22, 47:2, 47:13, 48:24, 49:8, 49:11, 49:19, 50:7, 50:13, 50:17, 50:22, 54:3
hall's [5] - 30:17, 30:18, 40:15, 45:15, 45:17

**Halls** [2] - 42:25, 43:1
**hand** [3] - 2:17, 2:20, 27:7
**handed** [1] - 2:7
**handled** [1] - 26:1
**hard** [20] - 7:22, 7:23, 7:25, 8:5, 8:8, 8:16, 8:18, 8:22, 10:3, 11:7, 11:8, 12:15, 13:24, 15:22, 19:6, 19:13, 21:22, 29:5, 35:25, 37:6
**hear** [4] - 10:25, 25:8, 44:2, 45:18
**heard** [6] - 22:4, 35:1, 38:9, 41:17, 48:13, 48:24
**hearing** [9] - 2:5, 5:8, 6:15, 6:20, 12:4, 12:21, 24:12, 34:24, 39:9
**Hearing** [1] - 1:10
**hello** [1] - 18:4
**help** [5] - 38:1, 39:2, 43:15, 53:17, 53:24
**helpful** [1] - 49:12
**hereby** [1] - 55:3
**hereunto** [1] - 55:9
**hidden** [1] - 52:18
**hide** [1] - 21:15
**hides** [1] - 53:4
**high** [5] - 22:7, 26:7, 53:13, 53:14
**higher** [2] - 48:6, 48:10
**highlighted** [1] - 13:11
**highly** [10] - 6:10, 7:11, 7:12, 11:18, 21:17, 22:6, 24:8, 38:11, 39:24, 50:12
**hire** [1] - 50:1
**history** [8] - 15:8, 15:15, 15:18, 25:1, 25:6, 41:22
**home** [38] - 6:6, 8:1, 10:10, 14:9, 14:15, 15:19, 24:21, 29:22, 30:3, 30:4, 30:5, 30:12, 30:15, 30:16, 31:22, 32:20, 33:6, 33:10, 33:19, 33:22, 33:23, 34:17, 35:13, 37:12, 37:14, 38:2, 39:25, 41:1, 41:2, 43:1, 43:9, 44:9, 44:11, 46:3, 47:20, 48:18, 49:11
**honest** [2] - 50:9
**Honor** [50] - 2:2, 2:4, 2:13, 3:25, 4:6, 5:3, 5:5, 5:17, 6:15, 6:19, 7:8, 7:24, 9:18, 9:20, 12:16, 12:19, 12:24, 13:8, 13:20, 14:16, 15:5, 15:21, 15:25, 16:14, 16:19, 17:19, 18:10,

18:15, 19:1, 19:25, 20:5, 20:11, 21:2, 21:13, 21:20, 26:15, 26:21, 26:23, 27:3, 27:16, 27:23, 29:16, 35:4, 35:5, 39:6, 50:6, 50:19, 50:21, 52:22, 53:10
**Honor's** [1] - 22:4
**Honorable** [1] - 1:12
**hope** [4] - 17:24, 18:1, 19:13, 19:15
**hotel** [1] - 14:4
**hotels** [1] - 20:21
**hours** [8] - 37:7, 37:8, 37:14, 46:4, 48:18
**house** [8] - 24:15, 25:13, 33:21, 37:9, 37:10, 43:1, 51:18
**HSI** [1] - 2:10
**hum** [1] - 34:1
**human** [2] - 45:4, 49:16
**hundreds** [2] - 15:25, 16:13, 47:10
**hurts** [1] - 19:18
**husband** [8] - 28:24, 29:9, 32:15, 35:13, 36:2, 36:15, 38:4, 38:6
**husband's** [4] - 29:20, 29:25, 30:1, 33:15, 36:9, 38:9
**hypothetical** [2] - 35:14, 36:1

### I

**idea** [6] - 24:14, 25:5, 36:18, 36:20, 36:22, 37:1
**identifications** [1] - 15:1
**identified** [6] - 9:13, 9:15, 10:5, 12:22, 13:10, 22:20
**ignores** [1] - 51:22
**image** [2] - 13:16, 47:11
**images** [56] - 6:8, 7:15, 8:6, 8:8, 8:9, 8:11, 8:12, 8:13, 8:15, 8:17, 9:3, 9:7, 9:9, 9:12, 9:13, 10:4, 10:6, 10:7, 10:8, 10:10, 10:14, 10:15, 10:20, 10:21, 10:23, 11:20, 11:21, 11:22, 12:1, 12:5, 12:14, 12:19, 12:21, 13:11, 13:21, 13:23, 13:25, 16:5, 16:7, 16:9, 18:18, 19:2, 20:7, 20:25, 23:11, 23:14, 47:4, 47:5, 51:20, 52:4, 52:6

**immediately** [1] - 19:3
**important** [3] - 25:7, 36:10, 48:22
**importantly** [3] - 10:1, 44:1, 51:13
**imposed** [2] - 48:21, 50:2
**IN** [1] - 1:1
**inaccessible** [1] - 8:20
**incarceration** [1] - 23:24
**incest** [1] - 15:11
**include** [2] - 9:14, 44:25
**included** [1] - 10:16
**including** [3] - 6:7, 22:11, 23:14
**income** [4] - 37:22, 37:23, 37:24, 38:5
**incredible** [1] - 54:4
**indicate** [5] - 13:18, 14:12, 16:10, 19:20, 43:25
**indicated** [4] - 10:13, 15:13, 47:8, 49:13
**indicates** [2] - 22:16, 47:9
**indicating** [1] - 21:24
**indication** [1] - 18:11
**indications** [1] - 16:6
**indicative** [2] - 14:13, 16:1
**indicator** [1] - 47:11
**indicted** [1] - 6:21
**indictment** [13] - 2:7, 2:16, 3:3, 3:18, 3:21, 4:1, 4:10, 5:7, 5:15, 10:5, 10:17, 23:5, 51:7
**indisputable** [1] - 24:24
**individual** [7] - 10:5, 13:21, 18:4, 19:5, 19:20, 24:23, 45:19
**individuals** [12] - 9:4, 25:23, 39:14, 39:16, 40:22, 40:24, 43:21, 43:25, 44:7, 45:6, 50:9
**Indonesia** [1] - 22:12
**INES** [1] - 12:16
**information** [2] - 10:21, 20:16
**initial** [4] - 2:6, 4:2, 4:8, 5:6
**injured** [1] - 40:22
**inside** [2] - 34:17, 44:13
**install** [1] - 33:3
**instructor** [1] - 21:18
**insurance** [1] - 43:4
**intent** [2] - 4:12, 21:24
**intention** [1] - 32:23
**intentionally** [1] - 22:13
**interest** [4] - 15:6,

16:11, 23:19, 44:11
**Internet** [3] - 15:20, 35:17, 39:19
**internet** [2] - 15:18, 16:10
**internet-related** [1] - 15:18
**interviewed** [1] - 10:19
**introduced** [1] - 6:20
**invested** [1] - 36:25
**investigating** [2] - 7:9, 7:12
**investigation** [3] - 7:8, 12:22, 22:3
**investigators** [1] - 10:4
**involve** [3] - 9:10, 16:6, 23:16
**involves** [1] - 22:6
**involving** [1] - 45:19
**IP** [1] - 7:15
**IRA** [1] - 30:24
**issue** [9] - 11:20, 16:14, 21:1, 42:4, 43:17, 47:3, 48:25, 52:9
**issues** [1] - 11:19
**itself** [1] - 39:8

### J

**jail** [2] - 48:22, 49:22
**Jane** [3] - 10:5, 10:8, 12:23
**Java** [5] - 21:18, 38:16, 38:18, 38:19, 38:20
**Jesha** [1] - 16:3
**JFK** [1] - 51:10
**JFM-16-0469** [1] - 2:4
**JFM-16-469** [1] - 1:6, 55:5
**Jianne** [1] - 17:25
**job** [1] - 19:7
**JOHNSON** [2] - 2:13, 3:14
**Johnson** [5] - 1:19, 2:13, 3:10, 3:11, 26:20
**joining** [1] - 2:8
**joint** [1] - 29:21
**Josh** [1] - 7:9
**JPEG** [1] - 13:17
**judge** [3] - 43:19, 47:2, 50:17
**Judge** [3] - 1:12, 5:8, 6:15
**July** [3] - 10:17, 10:18, 17:23
**June** [4] - 18:2, 18:23, 19:1, 19:17
**jurisdiction** [1] - 43:21
**jurisdictions** [1] - 43:23

**jury** [1] - 52:2
**Justice** [2] - 2:10, 43:24
**justice** [1] - 5:13

### K

**Kaylynn** [2] - 1:17, 2:9
**keep** [4] - 7:14, 25:10, 33:24, 34:7
**key** [2] - 33:24, 46:13
**kind** [3] - 35:14, 46:17, 47:23
**kinds** [1] - 44:8
**kissing** [1] - 19:20
**knowledge** [4] - 29:11, 31:22, 32:1, 32:7
**known** [6] - 7:15, 9:12, 22:14, 23:4, 36:8, 51:9
**knows** [3] - 10:24, 17:6, 53:3

### L

**labor** [1] - 44:9
**laboring** [1] - 44:8
**language** [2] - 38:19, 48:15
**laptop** [10] - 7:22, 8:2, 8:19, 14:15, 33:7, 33:17, 33:19, 33:20, 34:8
**large** [2] - 47:4, 47:8
**lascivious** [2] - 8:15, 9:9
**last** [9] - 13:16, 14:14, 19:8, 19:25, 24:12, 26:1, 27:13, 29:19, 53:8
**lavishly** [2] - 17:21, 20:10
**law** [7] - 14:3, 15:4, 22:16, 24:8, 24:9, 29:12, 42:5
**leading** [1] - 42:15
**leads** [1] - 11:13
**least** [8] - 5:20, 9:6, 9:7, 15:3, 17:9, 19:22, 23:13, 36:4
**leave** [4] - 17:16, 35:20, 42:12, 43:9
**leaves** [1] - 18:25
**leaving** [3] - 22:13, 43:5, 53:21
**led** [3] - 6:11, 24:10, 25:10
**left** [6] - 17:1, 32:22, 35:21, 35:24, 53:1, 53:2
**leg** [1] - 48:19
**legs** [2] - 21:6, 21:10
**lends** [1] - 11:13

**lengthy** [1] - 5:18
**lent** [1] - 33:17
**less** [4] - 39:9, 39:20, 40:14, 44:6
**level** [2] - 22:7, 38:22
**levels** [1] - 22:8
**liberty** [1] - 48:21
**lies** [1] - 40:11
**life** [14] - 6:12, 24:1, 24:6, 24:11, 25:7, 25:10, 26:5, 42:15, 43:3, 43:22, 48:7, 48:8, 51:11, 54:5
**lifestyles** [1] - 52:18
**lifetime** [3] - 4:15, 4:21, 4:25
**likelihood** [1] - 44:14
**likely** [1] - 44:18
**limitations** [1] - 48:21
**limited** [4] - 40:7, 40:8, 41:5, 53:23
**line** [6] - 30:3, 30:4, 30:5, 30:8, 31:22, 38:2
**lingo** [1] - 38:25
**list** [2] - 8:24, 15:23
**listed** [2] - 10:16, 30:6
**listing** [1] - 12:20
**lists** [2] - 31:14, 52:22
**literally** [3] - 16:13, 23:3, 24:17
**litigate** [1] - 39:11
**live** [6] - 24:5, 25:14, 42:11, 43:3, 49:10, 52:17
**lived** [2] - 7:19, 54:5
**lives** [1] - 52:17
**loan** [1] - 30:12
**locate** [1] - 13:2
**located** [1] - 10:2
**location** [4] - 9:2, 12:12, 12:14, 12:15
**locations** [2] - 12:17, 18:21
**locator** [1] - 42:25
**lock** [5] - 33:24, 33:25, 34:3, 35:20, 46:13
**locked** [1] - 46:4
**locks** [1] - 35:23
**lodge** [1] - 29:8
**lodged** [1] - 29:11
**logs** [1] - 19:22
**Lombard** [1] - 1:24
**look** [2] - 44:5, 51:21
**looked** [1] - 43:19
**looking** [2] - 15:20, 29:18
**lose** [1] - 45:1
**losing** [1] - 23:16
**love** [2] - 17:17, 18:5
**loves** [2] - 42:12, 44:17
**low** [2] - 44:7, 44:14

**M**

**ma'am** [3] - 2:19, 3:4, 3:7
**Madam** [1] - 19:14
**Madoff** [6] - 45:8, 51:9, 51:10, 51:11, 51:13
**magistrate** [5] - 43:19, 47:2, 47:15, 47:18, 50:17
**maintained** [1] - 6:6
**male** [1] - 20:20
**males** [2] - 9:11, 23:15
**man** [4] - 40:4, 50:2, 50:3
**manage** [1] - 46:8
**mandatory** [6] - 4:14, 4:20, 7:5, 7:7, 23:25, 25:20
**manner** [2] - 45:24, 55:8
**Marc** [1] - 1:19, 2:13
**marked** [1] - 12:3
**marriage** [1] - 17:15
**married** [1] - 17:15, 28:5
**Martin** [4] - 2:3, 2:22, 28:2, 55:4
**MARTIN** [2] - 1:6, 2:18
**Mary** [3] - 1:23, 55:3, 55:14
**MARYLAND** [1] - 1:1
**Maryland** [4] - 1:11, 1:24, 5:21, 41:9
**materials** [2] - 8:7, 49:21
**math** [1] - 36:5
**matter** [6] - 2:4, 6:16, 24:23, 45:21, 55:4, 55:8
**matters** [1] - 40:2
**maximum** [7] - 4:3, 4:14, 4:15, 4:21, 4:25, 43:21
**mean** [4] - 20:18, 33:11, 34:2
**meaning** [2] - 8:10, 36:4
**meaningfully** [1] - 50:13
**means** [1] - 47:8
**meant** [1] - 19:18
**medium** [1] - 19:24
**meet** [5] - 9:7, 14:2, 14:18, 15:7, 49:24
**member** [2] - 29:8, 29:11
**members** [2] - 38:2, 44:12
**men** [1] - 51:20
**mention** [1] - 22:10
**mentioned** [3] - 6:19,

15:21, 22:14
**met** [1] - 23:6
**metadata** [6] - 9:2, 10:10, 10:11, 10:16, 12:25, 15:23
**microphone** [1] - 27:12
**might** [13] - 17:4, 40:19, 41:8, 41:13, 41:14, 42:14, 42:21, 43:20, 45:13, 49:5, 50:15, 52:24, 52:25
**mike** [1] - 27:11
**million** [1] - 47:11
**mini** [1] - 13:4
**minimized** [1] - 26:12
**minimum** [6] - 4:14, 4:20, 7:6, 7:7, 23:25, 25:20
**minor** [4] - 6:4, 10:6, 14:1, 14:3
**minors** [9] - 6:9, 14:22, 16:6, 23:16, 23:18, 46:19, 46:20, 51:24, 51:25
**misconduct** [1] - 45:19
**missing** [1] - 19:20
**misunderstanding** [1] - 42:13
**modified** [1] - 13:1
**molestation** [1] - 15:12
**moment** [5] - 21:20, 27:22, 35:4, 41:12, 46:1
**money** [8] - 17:20, 18:17, 21:14, 36:18, 36:24, 52:23, 52:25, 53:6
**monitor** [1] - 42:18, 42:24, 44:9, 44:10, 48:19
**monitored** [2] - 34:18, 46:13
**monitoring** [7] - 24:21, 32:25, 33:4, 34:11, 34:13, 43:10
**monitors** [1] - 45:2
**months** [3] - 29:19, 34:23, 53:3
**morning** [1] - 18:8
**most** [5] - 10:1, 11:25, 14:8, 49:7, 53:11
**mother** [1] - 38:8
**motion** [10] - 25:15, 42:1, 42:6, 43:18, 43:23, 47:5, 47:9, 49:13, 53:15, 54:7
**Motz** [1] - 1:12
**move** [1] - 27:11
**movie** [1] - 13:5
**MR** [25] - 2:2, 2:13, 3:14, 3:16, 3:25, 4:6, 5:3, 5:5, 5:23, 5:25, 16:23, 26:21, 26:23,

27:3, 27:6, 27:16, 27:19, 27:23, 28:1, 35:8, 39:6, 45:22, 50:21, 54:12, 54:13
**MrDouble.bz** [1] - 15:10
**multiple** [2] - 20:23, 22:8
**murder** [1] - 40:23
**must** [1] - 49:4

**N**

**naked** [3] - 10:6, 10:7, 18:14
**name** [30] - 2:21, 9:1, 11:4, 11:22, 12:1, 12:5, 13:3, 13:7, 14:10, 14:11, 16:6, 17:9, 20:2, 27:13, 29:20, 29:22, 29:23, 29:24, 29:25, 30:1, 30:14, 30:16, 30:17, 30:18, 31:3, 41:20, 43:5, 43:7
**named** [2] - 12:2, 12:7
**names** [8] - 9:13, 9:15, 12:9, 13:9, 15:24, 24:16, 30:5
**naming** [4] - 11:17, 11:19, 12:18, 13:1
**near** [1] - 51:10
**necessarily** [1] - 14:1
**need** [3] - 32:17, 39:2, 49:23
**neighborhood** [1] - 20:14
**never** [8] - 17:16, 18:8, 20:13, 20:20, 38:23, 42:22, 48:24
**nevertheless** [1] - 50:1
**new** [2] - 4:9, 5:15
**next** [3] - 13:8, 16:14, 18:7
**nice** [1] - 18:20
**Nicole** [1] - 19:23
**night** [1] - 18:7
**ninth** [1] - 19:24
**NO** [1] - 1:5
**nobody** [4] - 24:18, 41:2, 52:9, 53:3
**none** [5] - 14:1, 26:4, 42:20, 42:21, 52:12
**NORTHERN** [1] - 1:2
**note** [2] - 42:1, 51:15
**notes** [1] - 19:22
**nothing** [4] - 14:5, 31:25, 40:5, 50:13
**notion** [4] - 42:9, 44:16, 47:3, 47:19
**notions** [1] - 47:19

**nude** [2] - 8:12, 14:5
**number** [12] - 10:12, 10:13, 15:9, 16:3, 16:9, 16:15, 15:22, 44:6, 47:4, 47:5, 47:8, 47:14
**Number** [1] - 2:3
**Numbers(s** [1] - 55:5
**numbered** [1] - 16:4
**numerous** [9] - 8:5, 11:1, 14:17, 15:12, 10:22, 21:21, 22:4, 22:11, 22:17
**nutshell** [1] - 5:17

**O**

**observed** [4] - 7:14, 8:5, 8:8, 21:23
**obstruct** [1] - 5:12
**obtained** [1] - 7:17
**obviously** [6] - 18:22, 20:6, 26:16, 26:24, 39:7, 45:1
**occasion** [1] - 24:3
**occurred** [1] - 17:23
**occurring** [1] - 16:18
**October** [4] - 4:8, 5:7, 5:15, 23:24
**OF** [2] - 1:1, 1:14
**offender** [1] - 47:13
**offense** [3] - 42:23, 47:20, 47:22
**offenses** [2] - 25:21
**offers** [1] - 15:10
**office** [4] - 7:21, 33:22, 33:23
**Official** [1] - 55:15
**official** [1] - 55:7
**old** [4] - 23:6, 28:8, 38:7, 45:23
**older** [2] - 17:5, 23:6
**on-scene** [1] - 8:4
**once** [1] - 35:9
**one** [35] - 11:7, 11:11, 13:6, 15:7, 15:16, 16:5, 16:20, 17:5, 21:2, 22:1, 23:21, 24:2, 24:3, 24:13, 26:2, 29:23, 30:2, 31:7, 31:9, 31:15, 31:18, 33:7, 33:19, 35:4, 42:3, 42:4, 42:9, 43:17, 46:13, 51:7, 52:2
**One** [6] - 4:6, 7:4, 7:5, 10:1, 12:4, 12:20
**ones** [2] - 12:5, 12:7
**online** [1] - 23:2
**opportunity** [1] - 26:25
**order** [4] - 15:2, 42:2, 42:4, 50:16

**ordinary** [1] - 47:13
**organized** [1] - 12:12
**otherwise** [1] - 51:17
**ought** [2] - 2:15, 48:8
**out-of-town** [1] - 50:1
**outside** [6] - 22:17, 34:17, 37:12, 37:14, 43:1, 44:12
**overnight** [1] - 49:22
**overseas** [20] - 6:1, 6:3, 6:22, 14:18, 14:19, 23:7, 24:16, 24:17, 25:4, 25:8, 25:12, 25:17, 26:5, 36:16, 37:3, 51:23, 52:17, 52:25, 53:3, 53:6
**overstate** [1] - 48:22
**overview** - 5:18
**overwhelming** [1] - 53:12
**own** [9] - 6:13, 8:9, 15:4, 29:23, 31:18, 37:18, 43:14, 43:15, 44:25

**P**

**p.m** [2] - 2:1, 54:8
**page** [2] - 15:11, 19:25
**PAGE** [1] - 54:11
**Page** [2] - 19:1, 29:16
**pages** [1] - 55:6
**paid** [3] - 30:12, 37:10, 37:11
**painstakingly** [1] - 51:2
**paper** [1] - 39:13
**parents** [6] - 32:9, 32:17, 32:19, 38:7, 43:15, 48:9
**parks** [1] - 20:22
**part** [9] - 9:12, 9:19, 10:3, 12:9, 13:14, 19:7, 36:7, 42:6, 47:21
**part-time** [1] - 19:7
**partially** [1] - 10:6
**participate** [2] - 49:17, 50:13
**particular** [3] - 11:2, 21:2, 41:9
**particularly** [2] - 6:1, 7:12
**party** [3] - 32:14, 41:24, 43:9
**passport** [11] - 5:22, 5:25, 25:9, 42:1, 42:8, 42:16, 44:16, 45:2, 48:20, 53:20, 54:1
**password** [1] - 11:9
**past** [6] - 5:20, 19:21, 28:19, 31:12, 42:22,

42:23
**pastor** [3] - 28:22, 32:9, 36:2
**path** [2] - 9:1, 12:4
**pattern** [1] - 51:7
**Paul** [2] - 1:16, 2:8
**pay** [2] - 42:25, 43:2
**paying** [2] - 20:6, 51:25
**payments** [2] - 36:16, 36:19
**pays** [1] - 37:24
**peer** [8] - 7:10, 22:3, 22:4, 39:23
**peer-to-peer** [4] - 7:10, 22:3, 22:4, 39:23
**penalties** [3] - 4:3, 25:17, 43:21
**pending** [1] - 32:11
**penny** [1] - 30:2
**people** [7] - 7:10, 7:14, 14:21, 16:17, 18:17, 20:14, 22:19, 25:5, 38:25, 39:2, 39:19, 39:21, 44:6, 45:25, 47:10, 49:7, 49:14, 51:10, 51:24, 52:12, 52:15, 52:16, 52:20
**perhaps** [1] - 41:13
**period** [1] - 54:5
**permit** [2] - 32:24, 33:3
**permitted** [1] - 45:9
**person** [6] - 9:17, 17:2, 18:11, 18:13, 23:2
**personal** [2] - 12:1, 12:12
**personality** [1] - 17:18
**personally** [1] - 49:24
**persuade** [1] - 40:12
**persuasion** [1] - 40:11
**Philippines** [16] - 5:19, 10:18, 10:22, 11:1, 11:3, 12:17, 13:13, 14:1, 14:9, 14:25, 16:17, 17:22, 20:8, 21:15, 22:1, 22:11
**phone** [2] - 33:4, 46:12
**phones** [1] - 35:16
**phonetic** [1] - 16:3
**photographs** [2] - 11:12, 11:15
**photos** [3] - 11:17, 11:18, 12:12
**physically** [1] - 7:22
**pick** [1] - 24:5
**picture** [5] - 10:23, 18:23, 20:20, 21:4, 21:5
**pictures** [10] - 11:5, 11:6, 13:19, 18:15, 19:6, 20:12, 20:13, 20:18, 20:24
**pieces** [1] - 39:13

**place** [8] - 11:22, 31:9, 32:25, 34:17, 40:21, 40:23, 41:1, 42:18
**placed** [4] - 3:5, 4:3, 13:3, 49:14
**places** [5] - 17:18, 22:19, 23:4, 40:7, 41:5
**plan** [1] - 5:17
**play** [1] - 39:21
**player** [1] - 14:14
**playing** [1] - 39:18
**plea** [1] - 3:20
**plead** [2] - 3:8, 3:18
**pleas** [1] - 22:4
**plus** [2] - 19:24
**podium** [1] - 11:23
**Podium** [1] - 11:23, 11:24
**point** [9] - 8:21, 12:6, 12:19, 16:24, 23:20, 31:16, 39:8, 46:5, 47:23
**pointed** [1] - 40:13
**points** [2] - 52:8, 53:11
**policy** [1] - 43:4
**pool** [4] - 20:15, 21:6, 21:9
**pools** [1] - 20:21
**popular** [1] - 39:23
**pornography** [29] - 4:12, 4:18, 5:10, 6:4, 6:7, 6:8, 6:21, 6:22, 6:25, 7:2, 7:3, 7:11, 7:16, 8:6, 9:8, 9:22, 9:25, 11:14, 14:13, 16:1, 16:8, 23:14, 25:13, 26:4, 26:9, 47:6, 51:17, 52:4, 52:6
**portions** [1] - 8:14
**pose** [4] - 46:6, 46:9, 48:14, 48:16
**posed** [1] - 48:21
**poses** [4] - 41:8, 41:11, 46:23, 50:24
**position** [3] - 5:4, 5:10, 5:16
**positions** [1] - 8:12
**possessed** [1] - 23:13
**possession** [2] - 5:9, 9:21
**possibility** [1] - 42:8
**possible** [3] - 26:6, 33:11, 49:11
**possibly** [1] - 37:2
**post** [2] - 43:2, 43:4
**posture** [1] - 6:25
**potentially** [2] - 17:10, 26:17
**power** [2] - 30:19, 43:6
**precisely** [1] - 46:11
**pregnant** [2] - 17:5,

17:7
**preparation** [1] - 25:11
**preponderance** [1] - 48:10
**prepubescent** [3] - 6:9, 9:11, 23:15
**present** [2] - 2:14, 44:12
**presentation** [2] - 9:19, 53:16
**Presentence** [1] - 52:22
**presents** [2] - 44:4, 53:13
**presumably** [1] - 39:14
**presumed** [1] - 46:19
**presumption** [7] - 6:24, 7:1, 7:5, 22:25, 40:6, 40:7, 41:5
**Pretrial** [8] - 24:20, 27:17, 29:17, 31:14, 32:24, 33:3, 41:16, 53:7
**pretrial** [5] - 24:23, 26:3, 26:12, 44:11, 49:15
**pretty** [1] - 35:12
**prevent** [1] - 53:21
**previously** [2] - 16:18, 40:13
**primarily** [2] - 16:18, 40:13
**primary** [1] - 38:4
**privacy** [1] - 41:1
**procedural** [1] - 6:25
**proceed** [2] - 2:15
**proceeding** [1] - 26:25
**proceedings** [2] - 2:1, 55:4, 55:7
**Proceedings** [1] - 54:8
**produce** [1] - 20:25
**produced** [5] - 6:4, 10:13, 13:21, 16:8, 52:5
**produces** [1] - 10:11
**producing** [2] - 6:21, 26:4
**production** [7] - 4:11, 4:18, 7:3, 9:23, 9:25, 11:14, 51:16
**proffer** [5] - 5:18, 22:23, 26:16, 26:18, 54:4
**program** [7] - 7:10, 7:13, 11:25, 22:3, 22:5, 39:22, 39:23
**programmer** [1] - 38:12
**programming** [2] - 38:19, 38:24
**programs** [1] - 22:5
**progresses** [1] - 49:12
**progression** [1] - 8:13
**proof** [1] - 48:10
**proposed** [1] - 50:18
**provide** [2] - 5:17, 11:8
**provides** [1] - 42:5

**providing** [1] - 44:25
**public** [2] - 23:22, 40:23
**punishment** [1] - 43:20
**purpose** [2] - 12:21, 14:25, 46:16
**purposes** [1] - 12:4
**put** [9] - 2:20, 16:21, 16:22, 31:3, 35:20, 35:23, 42:24, 42:25
**putting** [1] - 16:7

**Q**

**questioning** [1] - 41:12
**questions** [7] - 10:21, 26:16, 29:15, 35:4, 35:11, 36:1, 53:10
**quote** [1] - 20:13

**R**

**raise** [3] - 2:17, 27:7, 43:18
**raised** [1] - 43:18
**random** [1] - 44:11
**range** [1] - 43:19
**rape** [1] - 15:12
**read** [5] - 3:2, 3:3, 16:24
**ready** [1] - 19:18
**real** [5] - 17:17, 42:20, 51:14, 51:16, 51:23
**really** [4] - 20:3, 40:3, 53:21
**realm** [1] - 25:25
**reason** [4] - 35:11, 43:10, 46:11, 50:10
**reasonable** [1] - 53:5
**reasonably** [8] - 28:22, 44:20, 44:22, 45:11, 45:15, 48:15, 48:16, 49:2
**reasons** [1] - 43:17
**Rebel** [1] - 20:25
**receive** [2] - 43:22, 43:25
**received** [2] - 26:3, 38:1
**recent** [2] - 14:8, 20:24
**record** [3] - 2:21, 4:3, 27:13
**recorded** [1] - 55:3
**red** [2] - 12:5, 12:7
**Rees** [1] - 7:9
**referenced** [1] - 21:17
**references** [4] - 12:17, 19:8, 19:12, 19:19
**referencing** [1] - 18:19
**referring** [3] - 9:3, 14:20, 29:18
**reflected** [1] - 51:5

**reflects** [2] - 23:1, 52:14
**Reform** [3] - 49:20, 50:12, 50:25
**refused** [1] - 11:8
**regular** [3] - 29:4, 29:5, 29:6
**regulations** [1] - 42:7
**related** [8] - 8:6, 9:2, 9:6, 12:23, 13:1, 14:13, 15:18, 16:11
**relates** [1] - 12:5
**relating** [4] - 8:10, 10:22, 12:22, 22:4
**relationship** [1] - 18:12
**release** [16] - 4:15, 4:21, 24:23, 26:3, 31:10, 41:19, 44:22, 44:23, 45:1, 45:10, 45:15, 48:14, 49:1, 50:11, 50:18, 52:9
**released** [3] - 30:7, 52:10, 52:12
**relevant** [2] - 6:1, 47:7
**relied** [2] - 47:2, 47:18
**relying** [1] - 47:15
**remain** [1] - 26:19
**remains** [1] - 31:22
**remember** [2] - 20:20, 31:20
**remind** [1] - 45:5
**remote** [1] - 44:17
**remove** [1] - 30:8
**removed** [2] - 48:9, 49:15
**rent** [1] - 37:24
**reoffend** [1] - 51:18
**report** [5] - 27:17, 27:21, 29:17, 31:14, 41:16
**Report** [1] - 52:22
**Reported** [1] - 1:22
**Reporter** [1] - 55:15
**REPORTER'S** [1] - 55:1
**represent** [1] - 3:12
**represented** [1] - 52:20
**represents** [1] - 23:20
**request** [1] - 23:18
**requesting** [3] - 7:15, 18:14, 18:17
**required** [3] - 34:4, 34:7, 50:14
**residence** [2] - 6:7, 7:19
**resolution** [1] - 50:15
**resources** [2] - 25:6, 41:16
**respect** [2] - 41:25, 54:3
**respond** [2] - 26:17, 53:11
**responds** [4] - 17:11, 18:4, 18:7, 18:14

**response** [1] - 17:13
**result** [2] - 6:18, 8:18
**retained** [1] - 49:19
**retirement** [5] - 31:5, 31:9, 31:22, 41:18, 43:2, 44:25
**returned** [2] - 4:7, 13:12
**revealed** [1] - 14:8
**review** [2] - 2:5, 27:1
**reviewed** [2] - 27:2, 47:4
**revoke** [1] - 50:16
**rid** [1] - 35:16
**risk** [16] - 5:12, 6:2, 6:17, 23:1, 23:23, 25:16, 25:18, 40:9, 41:11, 44:4, 48:5, 50:24, 53:14, 53:17, 53:19
**risks** [1] - 53:13
**road** [1] - 52:1
**robbery** [2] - 40:23, 51:15
**Robert** [3] - 2:3, 2:22, 55:5
**ROBERT** [2] - 1:6, 2:18
**role** [2] - 39:18, 39:21
**room** [2] - 14:4, 33:25
**roughly** [4] - 8:9, 37:7, 37:14, 38:7
**RPR** [1] - 1:23
**run** [1] - 25:3
**running** [1] - 8:1

# S

**safety** [2] - 23:22, 49:2
**Sandra** [4] - 11:4, 13:3, 13:4, 13:7, 13:16
**satisfied** [2] - 3:12, 40:12
**satisfy** [1] - 50:11
**savings** [1] - 29:21
**scene** [2] - 8:4, 10:19
**schedule** [3] - 37:17, 37:18
**scheduled** [1] - 2:4
**school** [3] - 18:5, 18:24, 18:25
**science** [1] - 38:25
**scrutiny** [1] - 47:23
**search** [8] - 7:17, 7:18, 14:9, 15:6, 15:15, 15:16, 15:18
**seat** [1] - 27:10
**seated** [2] - 2:12, 3:24
**second** [3] - 15:3, 34:20, 51:11
**secondary** [1] - 40:2
**secure** [2] - 41:19, 45:1

**security** [1] - 31:10
**see** [14] - 8:25, 12:6, 12:13, 13:8, 16:25, 17:19, 24:6, 25:7, 29:17, 31:21, 49:23, 50:14, 52:20
**seeing** [1] - 12:20
**seem** [1] - 13:1
**seized** [5] - 7:20, 10:9, 10:12, 11:10, 16:15
**sell** [1] - 30:12
**send** [2] - 35:13, 36:16
**sender** [2] - 16:25, 17:1
**sending** [2] - 18:17, 21:14
**sense** [2] - 9:20, 31:2
**sent** [3] - 18:16, 19:5, 20:2
**sentence** [4] - 4:14, 4:20, 4:25
**Sentencing** [1] - 47:9
**September** [3] - 7:18, 17:12
**serial** [2] - 10:12, 10:13
**series** [7] - 9:13, 10:2, 12:9, 12:24, 13:8, 21:2, 21:8
**serious** [1] - 17:16
**Services** [6] - 27:17, 29:17, 31:14, 32:25, 33:3, 41:16
**set** [1] - 47:24
**setting** [2] - 40:22, 46:6
**settings** [1] - 15:17
**seven** [8] - 10:4, 10:20, 10:21, 11:19, 11:20, 12:5, 16:5, 20:25
**several** [1] - 34:23
**sex** [21] - 4:23, 6:9, 8:15, 9:10, 13:4, 14:10, 14:22, 17:4, 19:4, 19:6, 19:18, 22:15, 23:4, 23:10, 23:11, 23:15, 23:16, 23:18, 51:20, 51:25
**sexual** [9] - 8:11, 8:13, 9:6, 15:6, 16:10, 18:3, 18:22, 23:19, 40:23
**sexually** [2] - 13:22, 23:5
**sexy** [5] - 13:4, 13:7, 13:17, 13:19, 16:4
**shape** [1] - 29:9
**Shoop** [2] - 1:17, 2:9
**short** [2] - 22:23
**show** [7] - 12:3, 12:6, 19:25, 23:9, 25:17, 26:13, 39:15
**showing** [2] - 12:25, 51:3

**shown** [4] - 10:23, 14:5, 24:2, 39:13
**shows** [2] - 15:5, 20:17
**siblings** [2] - 23:11, 51:25
**sic** [1] - 10:18
**side** [1] - 46:14
**signature** [1] - 55:10
**significance** [1] - 47:16
**significant** [4] - 6:6, 23:20, 23:23, 49:14
**similar** [4] - 6:20, 12:9, 12:18, 15:9
**similarly** [3] - 12:3, 12:13, 13:3
**simple** [1] - 42:2
**simply** [2] - 42:4, 44:18
**single** [1] - 26:2
**sis** [1] - 16:3
**sister** [3] - 10:25, 11:3, 23:6
**site** [2] - 15:10
**sitting** [1] - 51:18
**situation** [1] - 28:12
**sixteen** [1] - 36:7
**skilled** [1] - 21:18
**skirt** [1] - 13:17
**Skype** [1] - 16:15
**sleep** [1] - 37:8
**sleeping** [1] - 19:4
**slide** [2] - 21:6, 21:9
**sliding** [2] - 21:6, 21:9
**small** [3] - 16:20, 16:23, 29:6
**software** [6] - 21:18, 21:24, 32:25, 33:4, 39:22
**sold** [2] - 31:15, 31:17
**sole** [2] - 31:2, 34:14
**someone** [1] - 24:19
**somewhere** [2] - 22:20, 41:13
**son** [1] - 28:9
**soon** [1] - 28:9
**sophisticated** [9] - 6:10, 7:12, 22:6, 22:9, 24:8, 38:11, 39:24, 46:8, 47:19
**sophistication** [3] - 38:22, 40:1, 53:23
**sorry** [12] - 3:8, 3:9, 4:5, 5:23, 13:6, 18:13, 19:10, 24:20, 30:9, 35:15, 35:25, 37:13
**sorts** [1] - 41:7
**source** [3] - 37:22, 37:23, 38:5
**Space** [2] - 11:23, 11:24
**space** [1] - 12:16
**speaker** [1] - 17:25

**Special** [1] - 2:10
**special** [3] - 4:16, 4:22, 5:1
**specifically** [1] - 16:11
**speculating** [1] - 52:24
**speculation** [1] - 40:16
**spell** [2] - 27:11, 27:12
**spending** [2] - 17:20, 20:10
**spends** [1] - 49:6
**spread** [2] - 21:7, 21:10
**STA** [1] - 12:16
**stage** [1] - 51:4
**standard** [6] - 48:3, 48:4, 48:6, 48:10
**standards** [4] - 40:5, 49:1, 50:6, 50:11
**start** [1] - 5:18
**started** [2] - 22:2, 36:8
**starting** [1] - 13:23
**starts** [1] - 8:14
**state** [5] - 2:21, 7:17, 8:3, 27:11, 27:12
**State** [2] - 41:9, 42:4
**statement** [5] - 14:17, 15:4, 20:11, 21:14, 22:16
**statements** [1] - 39:15
**STATES** [2] - 1:1, 1:4
**States** [16] - 2:2, 4:13, 4:19, 4:24, 6:13, 6:23, 25:13, 22:21, 23:2, 25:13, 40:19, 45:20, 47:9, 51:12
**statistical** [2] - 42:19, 44:14
**statistically** [1] - 44:15
**statistics** [2] - 43:24, 44:1
**Statistics** [1] - 43:24
**statute** [1] - 48:15
**statutory** [1] - 43:19
**staying** [1] - 46:3
**stenographically** [1] - 55:4
**steps** [1] - 29:19
**still** [6] - 8:16, 13:13, 17:15, 19:9, 21:20, 30:6
**stories** [2] - 15:11
**storing** [1] - 11:6
**Street** [1] - 1:24
**streets** [1] - 40:21
**strikes** [1] - 49:9
**stringent** [2] - 24:23, 50:4
**strong** [1] - 51:4
**stronger** [1] - 52:3
**structure** [3] - 11:18, 12:11, 12:18
**stuff** [1] - 38:14

**Subaru** [1] - 31:20
**subject** [6] - 7:23, 11:22, 12:13, 12:16, 12:23, 34:10
**submit** [5] - 41:19, 44:20, 45:14, 46:15, 46:17
**submitted** [4] - 44:9, 44:24, 49:4, 50:7
**substantial** [3] - 48:23, 54:5
**suggest** [11] - 40:9, 41:8, 42:9, 42:19, 42:21, 44:15, 46:7, 47:12, 47:21, 48:1, 48:12
**suggesting** [1] - 41:12
**suggestion** [2] - 46:21, 46:23
**suggests** [2] - 41:11, 44:5
**suit** [2] - 21:7, 21:11
**summary** [2] - 22:22, 22:23
**superseding** [7] - 2:6, 2:16, 3:2, 3:18, 3:21, 4:1, 4:10
**supervised** [2] - 4:15, 4:21
**supervision** [2] - 4:25
**support** [2] - 11:13, 48:8
**supports** [1] - 9:21
**suppose** [1] - 52:2
**surprisingly** [1] - 24:14
**surrounding** [1] - 40:14
**suspect** [3] - 47:18, 49:6, 49:8
**suspecting** [1] - 42:12
**SWORN** [2] - 2:18, 27:8

## T

**table** [2] - 2:9, 39:1
**taboos** [1] - 15:11
**Taiwan** [1] - 22:12
**talks** [1] - 18:12
**teaches** [2] - 21:18, 21:19
**teaching** [1] - 6:11
**technically** [1] - 30:6
**teen** [1] - 15:11
**teeth** [1] - 19:10
**terminated** [1] - 48:8
**terms** [5] - 3:25, 7:13, 14:12, 15:23, 43:22
**testified** [4] - 24:13, 30:14, 34:20, 34:23
**Thailand** [2] - 5:20, 22:11

**THE** [48] - 1:1, 1:1, 2:12, 2:15, 2:17, 2:19, 2:20, 2:22, 2:23, 2:24, 2:25, 3:1, 3:2, 3:4, 3:5, 3:7, 3:8, 3:10, 3:11, 3:15, 3:17, 3:19, 3:20, 3:22, 3:23, 3:24, 4:5, 5:2, 5:4, 5:22, 5:24, 16:22, 26:20, 26:22, 27:2, 27:5, 27:7, 27:9, 27:10, 27:14, 27:15, 27:18, 27:24, 35:6, 39:5, 45:21, 50:20, 53:15
**theoretically** [1] - 31:3
**thinks** [1] - 18:12
**third** [2] - 32:14, 41:24, 43:8
**third-party** [2] - 32:14, 41:24
**thousand** [1] - 6:8
**thousands** [6] - 8:6, 15:25, 23:13, 47:10, 51:19, 52:4
**threat** [2] - 33:20, 46:23
**Three** [5] - 4:9, 4:11, 7:4, 7:6, 10:1
**three** [10] - 10:7, 13:5, 13:6, 29:24, 33:8, 33:9, 33:16
**throughout** [5] - 6:13, 20:23, 23:12, 24:15
**Thursday** [1] - 1:10
**ties** [1] - 26:5
**title** [1] - 29:23
**today** [5] - 19:14, 32:8, 32:9, 35:2, 39:10, 39:24, 41:17, 43:12, 47:5
**together** [2] - 19:4, 28:19
**took** [2] - 33:12, 41:1
**tool** [1] - 8:4
**top** [1] - 20:1
**torsos** [1] - 14:5
**touched** [1] - 18:9
**tour** [2] - 17:17, 17:19
**tourism** [3] - 4:24, 22:15, 23:4
**toward** [1] - 24:1
**towards** [1] - 45:24
**town** [2] - 49:19, 50:1
**trafficking** [2] - 7:10, 26:9
**transcribed** [1] - 55:7
**transcript** [3] - 26:24, 27:1, 55:7
**transfer** [1] - 29:19
**transferring** [1] - 43:7
**transmitted** [1] - 19:2
**transport** [2] - 4:12, 8:18

**transportation** [3] - 5:9, 6:24, 7:2
**transported** [1] - 4:18
**travel** [4] - 11:17, 12:2, 16:8, 51:5
**traveled** [5] - 5:21, 18:21, 22:10, 29:5
**traveling** [5] - 5:19, 14:18, 17:21, 20:7, 20:17, 23:3, 51:23, 53:24
**travels** [3] - 6:11, 24:15, 53:3
**trial** [4] - 2:10, 26:14, 44:20, 49:3
**trials** [1] - 22:4
**tries** [1] - 46:7
**trips** [2] - 12:2, 17:22
**true** [6] - 36:12, 36:13, 36:14, 37:1, 41:14, 42:18
**truly** [1] - 51:4
**trust** [5] - 24:20, 24:22, 25:6, 26:6, 46:10
**trusted** [1] - 25:2
**truthful** [1] - 39:17
**truthfully** [1] - 35:18
**try** [2] - 39:11, 49:10
**trying** [2] - 8:17, 37:19
**tub** [1] - 14:4
**turn** [2] - 38:8, 42:13
**two** [9] - 8:21, 8:22, 13:6, 28:7, 29:19, 31:14, 33:19, 42:11, 49:21
**Two** [3] - 4:6, 16:19, 29:16
**typed** [1] - 17:10
**types** [3] - 8:22, 25:22, 52:10
**typically** [1] - 12:12

## U

**U.S** [1] - 1:23
**um-hum** [1] - 34:1
**unable** [1] - 21:21
**under** [14] - 4:13, 4:19, 4:24, 14:3, 21:4, 33:24, 44:8, 44:9, 46:13, 47:6, 47:22, 47:24, 48:18, 50:4
**unencrypted** [1] - 8:3
**uniform** [1] - 18:24
**Union** [2] - 21:15, 36:15
**UNITED** [2] - 1:1, 1:4
**United** [16] - 2:2, 4:12, 4:13, 4:19, 4:24, 6:13, 6:23, 13:13, 22:21, 23:2, 25:13, 40:19, 45:19, 47:9, 51:12
**unless** [4] - 17:14, 17:16, 26:15, 53:10

**unlikely** [1] - 44:14
**unmounted** [1] - 8:19
**unquestionably** [1] - 44:21
**unrecorded** [1] - 49:23
**untoward** [1] - 45:24
**up** [12] - 8:1, 10:8, 16:25, 21:25, 22:7, 24:5, 24:10, 26:13, 28:16, 45:2, 52:9, 52:11
**upper** [1] - 14:5
**upwards** [2] - 24:1, 47:10
**US** [6] - 2:9, 20:2, 20:12, 22:18, 25:4, 25:9
**USA** [1] - 55:4
**user** [4] - 6:10, 11:25, 38:11, 47:19
**uses** [2] - 11:7, 11:11

## V

**vacations** [3] - 20:23, 24:18, 52:1
**vagina** [1] - 10:8
**variety** [1] - 10:21
**various** [5] - 9:2, 11:13, 11:16, 12:17, 18:21
**verbally** [1] - 6:16
**versus** [1] - 2:3
**victim** [4] - 13:11, 13:15, 13:19, 51:7
**victims** [1] - 9:15
**video** [4] - 14:8, 14:10, 14:11, 14:14
**videos** [3] - 18:16, 23:12, 51:20
**violation** [1] - 40:19
**violence** [6] - 22:24, 40:18, 40:21, 41:4, 41:7, 51:15, 51:16
**violent** [1] - 25:21
**virginity** [1] - 23:17
**visiting** [1] - 18:17
**visits** [1] - 44:11
**VLC** [1] - 14:14
**voluntary** [1] - 37:15

## W

**wait** [1] - 18:6
**waiting** [1] - 23:17
**warrant** [3] - 7:17, 7:19, 14:9
**watch** [3] - 41:24, 43:1, 48:18
**watched** [2] - 14:8, 14:14

**wearing** [3] - 21:7, 21:10
**web** [2] - 15:8, 15:9
**Wednesday** [1] - 2:7
**week** [2] - 37:7, 37:14
**weight** [1] - 51:1
**West** [1] - 1:24
**Western** [2] - 21:15, 36:15
**Whereof** [1] - 55:9
**wherewithal** [1] - 24:4
**whit** [1] - 45:18
**white** [1] - 9:11
**who've** [1] - 47:10
**whole** [1] - 24:22
**wife** [9] - 7:20, 9:16, 21:16, 24:13, 32:10, 41:20, 43:6, 43:8, 53:7
**wife's** [1] - 46:13
**willing** [8] - 32:21, 34:5, 34:10, 43:8, 43:11, 43:14, 43:15, 50:8
**windows** [1] - 35:20
**wiping** [1] - 21:24
**wish** [3] - 3:8, 3:17, 39:25
**wishes** [1] - 48:8
**withdraw** [1] - 36:6
**witness** [3] - 27:3, 41:21, 54:11
**Witness** [1] - 55:9
**WITNESS** [3] - 27:8, 27:9, 27:14
**woman** [5] - 18:24, 19:12, 20:3, 22:1, 49:9
**women** [3] - 17:21, 20:6, 20:19
**wondering** [1] - 37:13
**word** [2] - 45:18, 52:15
**words** [2] - 8:2, 49:10
**works** [1] - 30:24
**world** [8] - 6:11, 6:13, 23:3, 26:11, 41:13, 45:7, 45:13, 51:12
**worldwide** [2] - 21:19, 54:3
**write** [1] - 38:20
**writing** [1] - 6:16
**wrongful** [1] - 46:16

## Y

**Yahoo** [2] - 15:6, 15:7
**year** [5] - 2:25, 15:1, 15:3, 31:20, 44:5
**years** [28] - 4:14, 4:15, 5:20, 6:12, 7:6, 7:7, 14:19, 18:13, 20:17, 21:14, 23:4, 23:6, 24:11,

24:18, 26:2, 26:11, 28:5, 36:4, 36:7, 36:8, 36:12, 36:13, 45:22, 51:8, 51:19, 53:8

**YO** [4] - 9:14, 14:12, 16:3

**young** [26] - 14:20, 15:3, 17:3, 17:4, 17:11, 17:21, 17:24, 18:1, 18:6, 18:8, 18:12, 18:24, 19:16, 20:4, 20:7, 20:9, 20:19, 21:3, 21:9, 23:5, 51:20

**younger** [5] - 6:5, 15:7, 20:19, 23:11, 51:24

**yourself** [2] - 17:18, 32:19

## Z

**Zajac** [3] - 1:23, 55:3, 55:14

**zip** [1] - 15:13