# United States District Court
## District Of Maryland

Chambers of  
**Ellen Lipton Hollander**  
District Court Judge

101 West Lombard Street  
Baltimore, Maryland 21201  
410-962-0742

December 14, 2017

LETTER TO COUNSEL

    Re:    *United States of America v. Martin Robert Hall*  
             Criminal No.:  ELH-16-469

Dear Counsel:

This letter will confirm and amplify the substance of our discussions during the telephone conference held on December 13, 2017, in regard to the above referenced matter.

As you know, Judge Motz previously scheduled a trial date in this case for May 21, 2018. Although I already have another case scheduled for trial at that time, I will put this case in the number two position for that date (jury, 5 days). Counsel should report to chambers at 9:30 a.m. on that date. Therefore, the following schedule shall govern.

1. Motions in limine are due by the close of business on **March 2, 2018**.

2. Joint proposed voir dire, joint proposed jury instructions, and a joint proposed verdict sheet by the close of business on **April 20, 2018**. Of course, you may file separately any proposed voir dire questions, jury instructions, and verdict forms upon which you cannot agree.

    Copies of all submissions should be sent by Microsoft Word format to my judicial assistant, Karen Warren, at karen_warren@mdd.uscourts.gov. Please be sure to include a table of contents and "boilerplate" instructions with the proposed jury instructions.

3. The pretrial conference will be held at **1:00 p.m. on May 14, 2018**. If the defendant wishes to attend, counsel must provide the Court with written notice, no later than **April 26, 2018**, so that arrangements may be made to conduct the conference in the courtroom, on the record.

4. **Defense counsel must arrange for a *Lafler* hearing prior to the commencement of trial, and preferably on the morning of trial. It is my understanding that you may contact the magistrate judge on duty for such a hearing.**

Despite the informal nature of this letter, it is an Order of the Court and shall be docketed as such.

Sincerely,

/s/
Ellen Lipton Hollander
United States District Judge